FEDERACION DE TIRO DE ARMAS CORTAS
Y RIFLES DE PUERTO RICO
P.O. Box 9020008, San Juan, PR 00902-0008
Tel. 787 722-7474 / 787 725-2503
Email: ftiropur@coqui.net

18 de agosto de 2016

Sr. José A. Cruz kercado, Director
CAT Polígono Phoenix
Calle 4 KI
Sierra Linda
Bayamón, PR 00657

Estimado señor Cruz:

Respondiendo a su petición "de que le notificáramos por escrito" la decisión del Comité Ejecutivo de nuestra Federación con relación a la solicitud de afiliación del Polígono CAT en Hatillo le enviamos este documento.

En reunión celebrada el sábado, 13 de agosto de 2016, en el Club de Tiro "El Naranjal, Inc." el Comité Ejecutivo de la Federación de Tiro, compuesto en esta ocasión por quince de veintinueve (15 de 29) presidentes o sus representantes de los clubes de tiro al blanco afiliados, decidieron por unanimidad denegar su solicitud por entender que la misma no cumple con lo que debe ser un club de tiro y sus actividades.

Esta decisión pudiera ser reconsiderada, de acuerdo a nuestro reglamento, en un término no mayor de seis (6) meses si usted subsana la razón principal de esta determinación y le cito el documento firmado por usted el 1 de julio de 2016: "Se reconoce que de no cumplir con los requisitos se tiene una prórroga automática de seis (6) meses, a partir de la radicación de solicitud. Si se venciera la misma tendrá que radicar una nueva solicitud entendiendo que en ningún caso se devolverá la cuota de ingreso y no se aceptará ningún club que no cumpla con los requisitos de afiliación." La Solicitud y documentación sometida por usted no cumplía con los requisitos de afiliación.

Cumpliendo con nuestra responsabilidad, quedo de usted,

Reinaldo Irizarry Rodríguez
PRESIDENTE