


**FEDERACIÓN DE TIRO DE ARMAS CORTAS
Y RIFLES DE PUERTO RICO**

P.O. BOX 9020008, San Juan, PR 00902-0008
Email: ftiropur@coqui.net

1 de septiembre de 2016

A: Presidentes de clubes afiliados

De: Reinaldo Irizarry Rodríguez, Presidente

Asunto: **Recomendaciones y advertencias a raíz de la reunión del Comité Ejecutivo el 13 de agosto de 2016 en el Club de Tiro El Naranjal, Inc. En Aguada**

Como recordarán a todos ustedes se les convocó para la reunión extraordinaria a llevarse a cabo el pasado, 13 de agosto de 2016 y cuyo propósito era atender las solicitudes sometidas por las siguientes organizaciones: Polígono de Tiro CAT en Hatillo, Club Cowboy en Bayamón y el Club Jaicoa en Aguadilla. La asistencia tomada registró quince de veintinueve (15 de 29) clubes presentes y la mayoría de los miembros de la directiva. En adición los representantes de las referidas organizaciones.

Todos los representantes de cada organización tuvieron la oportunidad de expresar verbalmente las intenciones de sus solicitudes. Es por esta razón que me veo obligado a comunicarle lo siguiente:

El hecho de que la Ley 404 no contemple detalles de la multiplicidad de actividades que se pueden realizar en los clubes de tiro no quiere decir que nuestra federación las avale o esté de acuerdo con las mismas.

En la referida reunión el proponente del Polígono de Tiro CAT en Hatillo expresó que desde el 1998 han estado realizando adiestramientos de tiro táctico en polígonos de tiro privados en Puerto Rico de los cuales mencionó cuatro (4) pueblos o clubes de los cuales uno (1) estaba presente y no desmintió las mismas.

Esas expresiones requieren que se deje claro y con evidencia de acuse de recibo, de que esta federación NO AUTORIZA, NO AVALA, NO APRUEBA, NO RESPALDA, NO RECOMIENDA y mucho menos asumirá responsabilidad alguna para con aquellos que permitan que se utilicen nuestros clubes de tiro al blanco para realizar actividades de entrenamiento táctico alguno. Aclaro, con responsabilidad, dos asuntos en las cuales estamos relacionados:

1. Que las competencias identificadas con las siglas o nombres: Tiro Práctico, USPSA, IDPA. ASPR y Bajo Techo con blancos oficiales, ISSF y NRA con la seguridad y distancias requeridas que aparecen en nuestro Programa de Competencias, bajo ninguna circunstancia representan actividades de entrenamiento o competencias de tiro táctico relacionados con las Agencias de Orden Público o Milicia, sino actividades dinámicas de tiro al blanco que podrían ayudar en el

1 de 2

plano personal como lo son las tradicionales (americanas e internacionales), pero son meramente de tiro al blanco.

2. Que aquellos clubes que son utilizados por Agencias de Orden Público Estatal o Federal, para sus entrenamientos, academias y/o cualificaciones, éstas tienen una póliza que responde para con el club por dicha utilización y lo releva de responsabilidad alguna, incluyendo a la federación.

**Finalmente, deseo expresar mi compromiso de hablar, personalmente, con aquellos presidentes de los clubes mencionados para validar o desmentir las expresiones en cuestión y aprovechar para orientarlos en aquellas áreas que sean necesarias para que continuemos protegiendo nuestro deporte, nuestros clubes, sus oficiales y nuestra federación.**

Confiando que TODOS ustedes sabrán discernir en la toma de decisiones para que los postulados y espíritu deportivo de sus clubes y nuestra federación prevalezcan sobre cualquier interés singular que quiera introducirse en nuestra organización. Así nos ayude Dios.