# FEDERACION DE TIRO DE ARMAS CORTAS Y RIFLES DE PUERTO RICO

# CONSTITUCION

FEDERACION DE TIRO DE ARMAS CORTAS
Y RIFLES DE PUERTO RICO

# CONSTITUCION

## PREAMBULO

Nosotros, en representación del Deporte de Tiro al Blanco en Armas Cortas y Rifles, de los clubes afiliados a la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico, conocida también como "Puerto Rico Shooting Association", a fin de organizarnos dentro de las normas del Comité Olímpico de Puerto Rico y de la Unión Internacional de Tiro y cualquier otro organismo que nos afiliemos, ordenamos y establecemos esta **CONSTITUCION.**

Al así hacerlo declaramos que:

La afiliación de nuestra Federación al Comité Olímpico de Puerto Rico y a la Unión Internacional de Tiro es vital para la existencia y el desarrollo de nuestro deporte en Puerto Rico.

El mantenimiento de los ideales olímpicos es necesario para la mejor orientación de nuestras actividades deportivas. Tales ideales significan para nosotros metas de superación, normas de moral deportiva y estímulo para la mayor participación en el más alto nivel de competencia deportiva.

En el desarrollo de las actividades deportivas de los clubes afiliados al presente y los que pudieran afiliarse en el futuro, serán factores determinantes la lealtad a los postulados de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico, el afán por mejorar la calidad del atleta de tiro, la fe en el esfuerzo colectivo de los clubes de tiro, la igualdad de todos los participantes, sin distinciones sociales, económicas, raciales, sexo, credo o política y la lealtad a esta **CONSTITUCION**, sus reglas y determinaciones que de su contenido emanen.

2

Nos une el propósito de alcanzar metas de bienestar deportivo, de mejorar la calidad de vida de nuestros afiliados con la base de que las armas son para el deporte y que el deporte es paz, que nuestra gente sea ejemplo para los demás y sobre todo el deseo de servir al deporte dentro del marco del olimpismo.

## CAPITULO I - LA FEDERACION

### Artículo 101 - En General

De conformidad con la Carta Olímpica y con las disposiciones de las leyes del Estado Libre Asociado de Puerto Rico, las personas naturales y jurídicas que se sometan a los presentes estatutos constituyen una corporación sin fines de lucro denominada Federación de Tiro de Armas Cortas y Rifles de Puerto Rico o "Puerto Rico Shooting Association".  Su duración será ilimitada.  Su domicilio social se fija en la ciudad de San Juan, Capital de Puerto Rico, pero la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico podrá sesionar en cualquier lugar que estime conveniente en la Isla de Puerto Rico.

### Artículo 102 - Definiciones

Los siguientes términos, siglas y frases, tendrán los significados que se indican a continuación, cuando sean usados o se haga referencia a los mismos en esta **CONSTITUCION**, a no ser que del propio contexto resulte otro significado:

| | | |
|---|---|---|
| A.  Federación | - | Federación de Tiro de Armas Cortas y Rifles de Puerto Rico o "Puerto Rico Shooting Association". |
| B.  C.O.P.U.R. | - | Comité Olímpico de Puerto Rico. |
| C.  U.I.T. | - | Unión Internacional de Tiro. |
| D.  Club | - | Club de Tiro. |
| E.  Tirador | - | Atleta de Tiro, Concursante, competidor. |

3

| | | |
|---|---|---|
| F. Junta de Directores compuesta | - | Máximo organismo de la Federación de tres delegados de cada club afiliado. |
| G. Comité Ejecutivo | - | Organismo que administra la Federación compuesto de un Delegado por club y la directiva. |
| H. Directiva Presidente, | - | Oficiales de la Federación que son el Vicepresidente, Secretario General, Subsecretario, Tesorero, Subtesorero, Delegado de Pistola, Delegado de Rifle y Delegado Juvenil. |
| I. Presidente | - | El Presidente de la Federación, del Comité Ejecutivo y la Directiva. |

## Artículo 103 - Fines y Propósitos

La Federación de Tiro de Armas Cortas y Rifles de Puerto Rico tiene, entre otros, los siguientes propósitos:

A.     Será el rector del Deporte de Tiro al Blanco en Armas Cortas y Rifle en Puerto Rico.  Velará por su desarrollo y protección en todos los foros, tanto locales como internacionales y todo lo relacionado con el deporte de tiro al blanco o con sus intereses.

B.     Organizará o supervisará todos los Torneos de Rifles y Pistola que se celebren en Puerto Rico y velará porque se conduzcan dentro de las normas establecidas en los reglamentos y esta **CONSTITUCION.**

C.     Junto al Comité Olímpico de Puerto Rico, organizará eliminatorias, constituirá delegaciones para Juegos Regionales, Continentales, Mundiales y Olimpiadas en Rifle y Pistola.

4

D. Preparará y supervisará en coordinación con el Departamento de Recreación y Deportes, así como con cualquier otra agencia que por ley o por esta Constitución tenga injerencia en los Campeonatos Nacionales, eliminatorias y cualquier otro torneo o actividad relacionada con la Federación.

E.   Adiestrará e instruirá ciudadanos autorizados por ley en el uso y manejo de armas de fuego.

F.   Velará por que los clubes, atletas y oficiales cumplan con los reglamentos, normas y leyes relacionadas con el Tiro al Blanco y con esta **CONSTITUCION.**

G.   Colaborará con las entidades públicas y privadas en la formulación de una política sana del deporte y en el fomento del mismo, preservando intacta su propia autonomía y resistiendo todo tipo de presiones, sean estas de orden político, religioso o económico.

### Artículo 104 - Poderes

La Federación de Tiro de Armas Cortas y Rifles de Puerto Rico tendrá todos los poderes que las leyes del Estado Libre Asociado de Puerto Rico conceden a las corporaciones organizadas de acuerdo con las mismas, todos los que sean necesarios e incidentales para llevar a cabo sus fines y propósitos y todos los que a continuación se enumeran:

A.   OFICINAS:

Establecerá y mantendrá una Oficina para conducir los asuntos de la Federación.

B.   Aceptación de Miembros:

Aceptará, condicionará o rechazará solicitudes de admisión de clubes de acuerdo con las reglas que se establecen en esta **CONSTITUCION.**

5

C.   DISCIPLINARIOS:

Podrá amonestar, suspender, desafiliar o descalificar a cualquier atleta, persona, club o entidad bajo su jurisdicción cuando no cumpla los requisitos de afiliación o viole las disposiciones de esta **CONSTITUCION**, o los reglamentos y decisiones de la Constitución, o los reglamentos y determinaciones de la Federación y la Unión Internacional de Tiro.

Cuando fueren necesarias vistas, el Comité Ejecutivo podrá realizar las mismas o designar una comisión especial que lo haga. Cualquier perjudicado podrá apelar al Comité Olímpico de Puerto Rico, cuya decisión será final e inapelable.

D.   Bienes:

Para su funcionamiento podrá imponer y cobrar cuotas, aceptar donativos, legados y bienes.

E.   Certificación Internacional:

En toda competencia o actividad deportiva internacional en rifle, pistola o revólver certificará a través del Comité Olímpico de Puerto Rico, toda delegación que halla de ostentar el nombre de Puerto Rico.

F.   En competencias de pistola, revólver o bajo el patrocinio del Comité Olímpico de Puerto Rico, dirigirá y supervisará las eliminatorias y otras competencias conducentes a la selección de la representación de Puerto Rico.

G.   Adoptar, enmendar y derogar sus reglamentos cuando estime conveniente, para el mejor fomento y desarrollo del Deporte de Tiro sin contravenir las leyes del Estado Libre Asociado de Puerto Rico y esta **CONSTITUCION**.

H.   Otros:

Celebrará, organizará y auspiciará todas aquellas otras actividades que estime conveniente para el fomento y desarrollo del Deporte de Tiro al Blanco.

6

## CAPITULO II - MIEMBROS

### Artículo 201 - Composición

La Federación de Tiro de Armas Cortas y Rifles de Puerto Rico estará compuesta por los distintos Clubes de Tiro que están afiliados en el presente y a los que se afilien en el futuro.

### Artículo 202 - Requisito de Afiliación y Membresía

La Federación de Tiro de Armas Cortas y Rifles de Puerto Rico establecerá por reglamento el procedimiento de afiliación de los Clubes de Tiro.

### Artículo 203 - Cuotas

La Federación podrá imponer aquellas cuotas que considere necesarias a sus clubes por concepto de afiliación, membresía, actividades especiales, solicitudes de licencias de tiro o por cualquier otro concepto, según lo autorice la Junta de Directores.

Ningún club que esté atrasado en el pago de las cuotas tendrá derecho a votar o disfrutar de los privilegios o beneficios ofrecidos por la Federación.

### Artículo 204 - Derechos de los Miembros

Cada club afiliado a esta Federación tendrá derecho a tres delegados en la Junta de Directores y a un delegado en el Comité Ejecutivo.

La Directiva de la Federación será escogida entre los delegados de la Junta de Directores en Asamblea convocada, entre otras cosas, para tal propósito.

7

### Artículo 205 - Obligaciones de los Miembros

Todos los funcionarios de clubes afiliados tienen el deber de conducir los asuntos de sus clubes en forma eficiente, de acuerdo con sus estatutos y llevar a cabo los programas que ocasionalmente adopte esta Federación.   Los funcionarios de clubes afiliados llevarán un listado día a día de las personas que utilizan las canchas de tiro y someterán a la Federación los resultados de las competencias interclubes.  Los funcionarios de clubes afiliados tienen el deber de mantener en buenas condiciones sus campos de tiro, utilizarlos de forma que no ofrezcan peligro y que cumplan con las leyes del Estado Libre Asociado de Puerto Rico y cumplan con las disposiciones de esta **CONSTITUCION** y sus reglamentos.

### Artículo 206 - Cláusula Antimonopolista

Ningún club o grupo de clubes, bajo una entidad, o persona natural o jurídica que se afilie a esta Federación después de aprobarse esta Constitución, podrá tener más de 3 delegados en la Junta de Directores y un delegado en el Comité Ejecutivo.

## CAPITULO III

### Artículo 301 - En General

Serán organismos de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico:

A.     La Junta de Directores

B.     El Comité Ejecutivo

C.     Las Comisiones

8

### Artículo 302 – La Junta de Directores

La Junta de Directores es el organismo supremo de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico.   Estará compuesta conforme a lo expresado en el **Artículo 204** de esta **CONSTITUCION**.   Los miembros de la Junta de Directores tendrán plenos poderes según conferidos por esta **CONSTITUCION** para llevar a cabo sus fines y propósitos.   Su actuación se regirá por lo que se estipula en los siguientes incisos:

A.   Reuniones:

La Junta de Directores se reunirá en Sesión Ordinaria una vez al año, aunque conforme al Inciso B de este Artículo, podría reunirse en otras ocasiones.   La reunión anual será durante el mes de noviembre  y en caso de que por circunstancias especiales no pudiera reunirse en el mes de noviembre, lo hará en el mes de diciembre del mismo año.   En dicha reunión pasará juicio sobre el Informe del Presidente y Tesorero y cualquier otro asunto que se incluya en la Agenda.

B.   Convocatorias:

Toda reunión de la Junta de Directores será convocada por el Presidente.   También podrá ser convocada a solicitud por escrito de una tercera (1/3) parte de los clubes de la Federación que tengan derecho a voto.   En este último caso, sólo podrá incluirse en la convocatoria el asunto o tema  que interesen tratar los clubes miembros firmantes de esa solicitud.   El Presidente de la Federación podrá convocar a Reunión Extraordinaria de la Junta de Directores cuando lo estime necesario.

C.   Delegación de Poderes:

Se aceptarán delegaciones de poderes de los distintos clubes con la condición que los mismos estén avalados con la firma original del presidente del club que delega los poderes.   Cada delegación de poderes deberá estar acompañada físicamente por los delegados a los que el club tenga derecho.

9

D.    Agenda:

En cada Reunión Ordinaria la Junta de Directores considerará los siguientes asuntos:

1. Aprobación del Acta de la reunión anterior.

2. Asuntos pendientes de la reunión anterior.

3. Informe del Presidente

4. Informe del Tesorero

5. Otros asuntos incluidos en la Agenda del día.

6. Asuntos nuevos.

Las Reuniones Extraordinarias de la Junta de Directores solamente podrán tratar aquellos asuntos que figuren en la Convocatoria, excepto cuando por unanimidad de los miembros con voto, presentes en la reunión, se decidiera tratar otro asunto.

E.    Quórum:

El quórum de las Reuniones Ordinarias y Extraordinarias de la Junta de Directores será de la mitad más uno.  Una vez establecido quórum se entenderá que el mismo se mantiene aunque algunos de los miembros abandonen la reunión.

F.    Decisiones:

Las decisiones de la Junta de Directores se tomarán por mayoría simple de los miembros con voto, presentes en la reunión.

Toda decisión de la Junta de Directores se tomará mediante votación secreta.  Esta disposición podrá ser cambiada por la Junta de Directores, por mayoría simple de los miembros con voto presentes en la reunión.

10

Los asuntos en la Junta de Directores se regirán por las reglas de Procedimientos Parlamentarios contenida en la obra de Henry M. Roberts, **"Robert's Rules of Order Revised"**, en todo aquello que no esté en conflicto con esta **CONSTITUCION**.

### Artículo 303 – Comité Ejecutivo

A.    Composición:

El Comité Ejecutivo de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico, estará compuesto por la Directiva de la Federación y un delegado de cada club afiliado.

Funcionamiento:

Durante los intervalos que separan las reuniones de la Junta de Directores, el Comité Ejecutivo administrará la Federación.    Los miembros del Comité Ejecutivo tendrán los poderes que le confiere esta **CONSTITUCION** para llevar a cabo sus fines y propósitos.    Entre sus deberes estará el promulgar todos los reglamentos que estime necesarios para el funcionamiento de la Federación.    Su actuación se regirá por lo estipulado en los siguientes incisos:

(1)    El Comité Ejecutivo se reunirá cuantas veces sea necesario y en Sesión Ordinaria de acuerdo con lo dispuesto en esta **CONSTITUCION.**

(2)    Convocatorias:

Toda reunión del Comité Ejecutivo se convocará por iniciativa del Presidente.

11

B.   Agendas:

En cada reunión del Comité Ejecutivo se considerarán los siguientes asuntos:

(1)   Aprobación del acta anterior.

(2)   Asuntos pendientes de la reunión anterior.

(3)   Informe del Presidente.

(4)   Otros asuntos incluidos en la Agenda del día.

(5)   Asuntos nuevos.

C.   Quórum:

El quórum de las reuniones del Comité Ejecutivo será la mitad más uno de los miembros con derecho al voto de los que componen el Comité Ejecutivo. Si no hay quórum a la hora programada para el comienzo de la reunión, los miembros del Comité Ejecutivo presentes esperarán media hora y entonces dará comienzo la reunión estableciendo quórum con los miembros del Comité Ejecutivo presentes, a condición de que esté presente una tercera (1/3) parte de los clubes afiliados. Una vez establecido quórum, se entenderá que el mismo se mantiene aunque alguno o algunos de los miembros abandonen la reunión.

D.   Decisiones:

Las decisiones del Comité Ejecutivo se tomarán por mayoría simple de los miembros con voto presentes en la reunión, excepto cuando otra cosa se disponga en esta **CONSTITUCION**.

E.   Toda decisión del Comité Ejecutivo se tomará mediante votación secreta. Los asuntos del Comité Ejecutivo se regirán por las reglas de Procedimientos Parlamentarios, según contenidas en la obra de Henry M. Roberts **"Robert's Rules of Order Revised"**, en todo aquello que no entre en conflicto con esta **CONSTITUCION**.

12

## Artículo 304 - La Directiva u Oficiales

A.    El Presidente:

El Presidente de la Federación será el representante de la Federación en todos los foros tanto locales como internacionales. Presidirá la Junta de Directores y el Comité Ejecutivo. Ordenará las convocatorias de la Junta de Directores y el Comité Ejecutivo ya sean ordinarias o extraordinarias; hará cumplir todas las disposiciones de esta **CONSTITUCION** y los reglamentos. Supervisará todos los asuntos de la Federación, firmará todos los documentos oficiales de la Federación y pondrá en vigor los acuerdos de la Junta de Directores y el Comité Ejecutivo. Será el delegado en propiedad de la Federación ante el Comité Olímpico de Puerto Rico y la Unión Internacional de Tiro.

Tendrá facultad para emitir órdenes para mostrar causa por la cual no debe de ser suspendido, desafiliado, castigado o multado un club, atleta u oficial. La vista para mostrar causa se celebrará ante el Comité Ejecutivo de la Federación. Estas disposiciones serán implementadas mediante reglamento aprobado al efecto.

Las obligaciones en que incurra el Presidente, a nombre de la Federación, no podrán exceder el término de su incumbencia, a menos que cuente con la aprobación de la Junta de Directores, excepto el Programa Anual de Competencias.

En el caso de quedar vacante la Presidencia permanentemente faltando por transcurrir más de la mitad del tiempo para el cual fue electo el Presidente, la Federación a través del Comité Ejecutivo celebrará una nueva elección para elegir su sucesor por el término restante.

B.    El Vicepresidente:

El Vicepresidente asistirá al Presidente en su función de administrar la Federación en todo aquello que le sea asignado por el Presidente. Sustituirá a éste en el orden de jerarquía antes indicado, en caso de ausencia temporera o permanente cuando quedare por transcurrir menos de la mitad del tiempo para

13

el cual fue electo el Presidente.  En caso de quedar vacante la Vicepresidencia, el Comité Ejecutivo llenará el mismo mediante elección.

C.    El Secretario General:

El Secretario General de la Federación atenderá la correspondencia oficial, certificará las actas y suscribirá con el Presidente la documentación oficial; será custodio de los archivos de la Federación; dará a publicidad los asuntos de interés general; atenderá las publicaciones oficiales y convocará el organismo por instrucciones del Presidente.  En caso de quedar vacante el puesto de Secretario General, el Comité Ejecutivo llenará el mismo mediante elección.

D.    Subsecretario:

El Subsecretario sustituirá al Secretario en ausencia, ayudará al Secretario a compilar los resultados de competencia y realizará cualquier otra tarea que el Secretario o el Presidente le asignen.

E.    El Tesorero:

El Tesorero de la Federación será el custodio de los fondos de la Federación.  Preparará y someterá en la reunión anual un Informe Económico de la Federación.  Asesorará al Presidente y a la Federación en los asuntos económicos y será responsable del cobro de las cuotas.  En caso de quedar vacante el puesto de Tesorero, el Comité Ejecutivo llenará el mismo mediante elección.

F.    Subtesorero:

El Subtesorero sustituirá al Tesorero en su ausencia.  Rendirá cuentas de su trabajo al Tesorero y realizará las tareas que el Tesorero y el Presidente le asignen.

14

G.    El Delegado de Pistola:

   Será el representante ante la Junta de Directores y el Comité Ejecutivo, de los Tiradores de Pistola. Supervisará las competencias de Pistola. Atenderá las preocupaciones de los Tiradores de Pistola. Asesorará y ayudará al Presidente en los asuntos relacionados con competencias de Pistola. En caso de quedar vacante el puesto de Delegado de Pistola, el Comité Ejecutivo llenará el mismo mediante elección.

H.    El Delegado de Rifle:

   Será el representante ante la Junta de Directores y el Comité Ejecutivo, de los Tiradores de Rifle. Supervisará las competencias de Rifle. Atenderá las preocupaciones de los Tiradores de Rifle. Asesorará y ayudará al Presidente en asuntos relacionados con competencias de Rifle. En caso de quedar vacante el puesto de Delegado de Rifle, el Comité Ejecutivo llenará el mismo mediante elección.

H.    El Delegado Juvenil:

   Será el representante ante la Junta de Directores y el Comité Ejecutivo de los Tiradores Juveniles. Supervisará el área juvenil, atenderá las preocupaciones de los atletas juveniles y asesorará y ayudará al Presidente en los asuntos juveniles. En caso de quedar vacante el puesto de Delegado Juvenil, el Comité Ejecutivo llenará el mismo mediante elección.


## Artículo 305 - Las Comisiones

El Presidente de la Federación designará tantas comisiones como fueran necesarias para llevar a cabo las funciones de la misma. El Presidente de la Federación será miembro ex oficio de todas las comisiones. Las comisiones cesarán cuando el Presidente lo determine.

15

## Artículo 306 - Los Representantes Internacionales

El Presidente de la Federación será el representante internacional de dicha institución y podrá delegar tal representación o hacerse asistir en la misma por otro miembro de la Federación.

Ninguna entidad afiliada o reconocida por la Federación podrá comprometer a Puerto Rico como sede de un evento deportivo internacional sin haber solicitado el aval por escrito al Comité Olímpico de Puerto Rico, a través de la Federación.

Cualquier entidad afiliada o reconocida por la Federación que no cumpla con este requisito, no tendrá el reconocimiento federativo para tal evento ni se le concederá el aval a los participantes, y además se expondrá a las sanciones que le puedan imponer tanto el Comité Olímpico de Puerto Rico y la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico.

Todo evento internacional de tiro en la fase de rifle y pistola requerirá una solicitud de aval a la Federación. En caso de que la Federación dé el visto bueno, ésta solicitará al Comité Olímpico de Puerto Rico el aval del mismo. Sin el aval del Comité Olímpico no se podrá celebrar ningún evento internacional de tiro en Rifle y Pistola bajo el palio de la Federación, en Puerto Rico y ninguna delegación podrá viajar a un evento internacional.

## Artículo 307 - Organismos Especiales

La Junta de Directores de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico, podrá autorizar la creación de aquellos organismos especiales que considere necesarios y convenientes para llevar a cabo sus fines y propósitos.

## Artículo 308 - Auditor Externo

La Federación designará, de fuera de su matrícula, un contador y un auditor para supervisar las finanzas. El contador llevará las cuentas de la Federación y un Contador Público Autorizado auditará anualmente las cuentas. El correspondiente informe de auditoría se someterá a la Junta de Directores en la

16

reunión anual de la Federación.   Todo cheque expedido por la Federación llevará la firma de dos oficiales autorizados de los cuales uno será mandatoriamente el Tesorero o el Subtesorero cuando el cargo de tesorero esté vacante, cuando el Tesorero se encuentre fuera del país o cuando por alguna razón el Tesorero no esté hábil o disponible para realizar sus funciones.

## CAPITULO IV - ELECCIONES

### Artículo 401 - En General

La Federación de Tiro de Armas Cortas y Rifles de Puerto Rico, celebrará elecciones cada dos (2) años para seleccionar su Directiva.

### Artículo 402 - Fechas

Las elecciones de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico se celebrarán  durante el mes de noviembre, después de transcurrido un (1) año once (11) meses de las últimas elecciones.  Las mismas se llevarán a cabo como parte de la reunión anual de la Junta de Directores.

### Artículo 403 - Cargos

Mediante el proceso eleccionario se eligirán los miembros de la Directiva, a saber: Presidente, Vicepresidente, Secretario, Subsecretario, Tesorero, Subtesorero, Delegado de Pistola, Delegado de Rifle y Delegado Juvenil.

### Artículo 404 - Término

Todos los miembros de la Directiva serán electos por dos (2) años naturales.

### Artículo 405 - Orden de los Procedimientos

En el procedimiento eleccionario se seguirá estrictamente el siguiente orden:

17

A.     Entre el día primero al día 15 del mes de octubre del año eleccionario, todo aspirante a puesto electivo radicará en la Secretaría de la Federación una carta donde expresará su intención de  aspirar a una posición y especificará a la posición que aspira.

B.     Entre el día dieciséis (16) y treinta y uno  (31) de octubre del año eleccionario de la Federación, el Secretario General de la Federación notificará a los clubes afiliados, mediante carta certificada, los nombres de los que aspiran a las distintas posiciones y a la posición que aspiran.  En caso de que no se reciban nominaciones para cualquier puesto, en la Asamblea eleccionaria se abrirán las nominaciones exclusivamente  para dicho puesto o puestos, como fuera el caso.

### Artículo 406 - Elegibilidad

Será elegible como miembro de la Directiva todo miembro de un club de tiro afiliado a la Federación.

### Artículo 407 - Mayoría de Votos

Se requerirá mayoría simple de los votos presentes en la Asamblea Eleccionaria.

### CAPITULO V - REGLAMENTOS

### Artículo 501 - Reglamentos

La Federación de Tiro de Armas Cortas y Rifles de Puerto Rico, a través de su Comité Ejecutivo implementará mediante reglamentos las disposiciones de esta **CONSTITUCION**, incluyendo como áreas mínimas, sujetas a reglamentación, las siguientes:

A.     Reglamento de Afiliación.

B.     Reglamento de Disciplina en Competencias.

C.     Reglamento de Selección de Equipo Nacional.

18

D.     Reglamento de Atletas del Año.

E.     Reglamento de Disciplina, Etica y Protocolo.

El Comité Ejecutivo de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico tiene facultad exclusiva para aprobar los antes indicados **REGLAMENTOS**, así como cualesquiera otros que estime convenientes y necesarios para llevar a cabo sus fines y propósitos.

Ninguna disposición reglamentaria podrá estar en conflicto con esta **CONSTITUCION** y en caso de estarlo prevalecerán las disposiciones de ésta, siendo nula la disposición reglamentaria, pero prevaleciendo en toda su fuerza y vigor el resto del contenido del **REGLAMENTO.**

## CAPITULO VI - MISCELANEAS

### Artículo 601 - Recursos Económicos

Los recursos financieros de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico procederán, entre otros, de las siguientes fuentes:

A.     Las cuotas de  los clubes y tiradores.

B.     Las subvenciones otorgadas por el Comité Olímpico de Puerto Rico.

C.     Los donativos y legados.

D.     Los ingresos procedentes de fuentes tales como venta de emblemas y actividades especiales y cualquier ingreso que no implique violación a las leyes del Estado Libre Asociado de Puerto Rico, a los reglamentos de la Federación y a esta **CONSTITUCION.**

19

### Artículo 602 - Colores

Los colores oficiales de la Federación serán el rojo, azul y blanco.

### Artículo 603 - Escudo

El emblema de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico es circular con dos (2) círculos concéntricos entre los que se leerá el nombre de la Federación en español.  En el círculo central tendrá una bandera similar a la de Puerto Rico y dentro de la misma tendrá una diana de tiro.

### Artículo 604 - Sello

El sello de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico será una réplica del escudo.

### Artículo 605 - Uso de los Símbolos

El uso de los símbolos de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico será usado exclusivamente por ésta o con su consentimiento expreso únicamente.

## CAPITULO VII - ENMIENDAS A LA CONSTITUCION

### Artículo 701 - Proposiciones

Las proposiciones de enmiendas a la **CONSTITUCION** de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico, se harán por escrito en cualquier momento radicando su proposición en la Secretaría de la Federación, a fin de que la misma sea circulada entre el Comité Ejecutivo.  Este pasará juicio sobre las mismas en su próxima reunión y determinará si la envía a la Junta de Directores.  Toda proposición que reciba la Junta de Directores la estudiará en su próxima reunión anual o en reunión extraordinaria convocada al efecto. Cualquier decisión del Comité Ejecutivo como de la Junta de Directores se le notificará al proponente.

20

### Artículo 702 - Mayoría Requerida

Cualquier enmienda a la **CONSTITUCION** de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico para ser aprobada requerirá una mayoría de dos terceras partes de los miembros presentes en reunión convocada a dichos efectos.   Cualquier decisión del Comité Ejecutivo como de la Junta de Directores se le notificará al proponente.

### Artículo 703 - Cláusula de Separabilidad

Cada una de las disposiciones de esta constitución se entenderá separada de las demás por lo que la nulidad de alguna no afecta la validez de las restantes.

### Artículo 704 - Vigencia

Toda enmienda a la **CONSTITUCION** de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico, tendrá vigencia inmediata una vez aprobada excepto cuando por unanimidad de los votos presentes se determine lo contrario.

Esta Constitución y cualesquiera posibles enmiendas a la misma, entrarán en vigor inmediatamente después de su aprobación.

Jorge Hernández Rivera                     Reinaldo Irizarry Rodríguez
      Secretaria                                          Presidente

Esta Constitución fue aprobada el día 21 de diciembre de 1997.

Al aprobarse esta Constitución los siguientes clubes están afiliados a esta Federación:

21

AA Gun Club
Aibonito Shooting Club
Arecibo Shooting Club
Asociación Tiro y Caza`
Asociación Tiradores Pepinianos
Añasco Shooting Club
Camuy Gun Club
Club Central de Tiro
Club de Tiro de Adjuntas
Club de Tiro de Barceloneta
Club de Tiro de Cayey
Club de Tiro de Fajardo
Club de Tiro de Guánica
Club de Tiro de la Guardia Nacional
Club de Tiro de Jayuya
Club de Tiro de Lajas

Club de Tiro de Moca
Club de Tiro de Quebradillas
Club de Tiro El Pastillo
Club de Tiro El Naranjal
Club de Tiro La Villa del Ojo
Humacao Shooting Club
La Gloria Shooting Club
Manatí Shooting
Mayaguez Shooting Club
Pan American Gun Club
Ponce De León Gun club
Ponce Expert Shooting Club
P.R. Skeet & Gun Club
3T Shooting Club
William's shooting Club