# FEDERACION DE TIRO DE ARMAS CORTAS Y RIFLES DE PUERTO RICO

## REGLAMENTO DE AFILIACION

### INDICE

|   | Página |
|---|---|
| PREAMBULO | 1 |
| CAPITULO I - BASE LEGAL | 1 |
| CAPITULO II - DEFINICIONES | 2-3 |
| CAPITULO III - DE LA AFILIACION | 4 |
| Artículo 301 - Afiliación de Clubes. | 4 |
| Artículo 302 – Procedimiento y trámite de solicitud para la Afiliación de clubes | 5-6-7 |
| Artículo 303 – Facilidades mínimas que debe tener un club | 7 |
| Artículo 304 - Cuota anual de los clubes afiliados y sus tiradores | 7 |
| Artículo 305 - Derecho de los clubes afiliados. | 8 |
| Artículo 306 - Deberes de los clubes afiliados. | 8 |
| Artículo 307 - Integración de los nuevos clubes. | 8 |
| Artículo 308 - Cláusula antimonopolista. | 8 |
| CAPITULO IV - Del procedimiento disciplinario. | 8 |

| | |
|---|---|
| Artículo 401 - Jurisdicción. | 8 |
| Artículo 402 - Modos de iniciar el Procedimiento. | 9 |
| Artículo 403 - Quien puede iniciar el Procedimiento. | 9-10 |
| Artículo 404 - Vistas. | 10 |
| CAPITULO V - Causas para procedimiento disciplinario. | 10 |
| CAPITULO VI - Sanciones. | 11 |
| Artículo 601 - Sanciones | 11 |
| Artículo 602 - Efectos de la sanción. | 11 |
| Artículo 603 - Apelación. | 11 |
| CAPITULO VII - Enmiendas al Reglamento de Afiliación y y Disciplina de Clubes. | 12 |
| Artículo 701 - Proposiciones. | 12 |
| Artículo 702 - Mayoría requerida. | 12 |
| Artículo 703 - Cláusula de Separabilidad. | 12 |
| Artículo 704 - Vigencia. | 12 |
| Clubes afiliados a la Federación al momento de Aprobarse este reglamento | 13 |

1

# FEDERACION DE TIRO DE ARMAS CORTAS Y RIFLES DE PUERTO RICO

## REGLAMENTO DE AFILIACION

### PREAMBULO

La Federación de Tiro de Armas Cortas y Rifles de Puerto Rico, está compuesta por unos treinta (30) clubes al redactarse este **REGLAMENTO**. El urbanismo, la responsabilidad ante las leyes, la propia naturaleza de nuestro deporte y nuestro interés de cumplir con todas las normas y estatutos de buen funcionamiento, nos mueve a redactar este **REGLAMENTO.**

Reglamentar una institución como la nuestra no es tarea difícil pues como una de las federaciones fundadoras del Comité Olímpico de Puerto Rico, conocemos el orden. Avalados por los distintos superintendentes de la Policía de Puerto Rico y con un historial de gente de paz y respeto quienes vemos las Armas de Fuego como instrumentos deportivos.

Al redactar este Reglamento queremos mejorar la calidad de nuestros atletas y para ello es necesario que contemos con facilidades que aunque sean sencillas cumplan con los requisitos establecidos en nuestra Constitución y este Reglamento.

### CAPITULO I - BASE LEGAL

Este Reglamento está basado en la autoridad que emana del Capítulo V, Artículo 501 de la Constitución de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico.

2

## CAPITULO II - DEFINICIONES

Los siguientes términos tendrán los significados que se indican a continuación, cuando sean usados, o se haga referencia a los mismos en este Reglamento.

| | | |
|---|---|---|
| Comité Ejecutivo | - | Es el organismo administrativo de la Federación, así denominado en el Artículo 303 de la Constitución de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico. |
| Club de Tiro dicho | - | Organización de varios deportistas del deporte de tiro al blanco con unas facilidades para la práctica de deporte y que ha sido certificado por el Departamento de Recreación y Deportes, la Policía de Puerto Rico y la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico. |
| Miembros | - | Clubes de Tiro, oficial de club |
| Delegados de Club | - | Representantes de los Clubes de Tiro |
| Delegado de Pistola | - | Oficial de la Federación en el Area de Pistola |
| Delegado de Rifle | - | Oficial de la Federación en el Area de Rifle |
| Comité Olímpico | - | Organo supremo del deporte olímpico puertorriqueño |

3

Departamento de Recreación y Deportes

    Agencia de gobierno que tiene la encomienda de desarrollar el deporte en Puerto Rico y que las leyes del Estado Libre Asociado autoriza a supervisar las facilidades de tiro y a supervisar y premiar los campeonatos nacionales. Es la Agencia que en conjunto con la Policía de Puerto Rico y la Federación de Tiro conceden las licencias a los Clubes de Tiro afiliados.

| | | |
|---|---|---|
| Policía | - | Policía de Puerto Rico |
| Mayoría Simple | - | La mitad de los representantes de club más un (1) en reunió del Comité Ejecutivo conforme a la regla y de la constitución de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico. |
| Club de Canchas Abiertas | - | Club de tiro cuyas canchas no tienen techo desde el puesto de tiro hasta el blanco de tiro. |
| Canchas bajo Techo | | Clubes de tiro cuyas canchas están construidas dentro de un edificio o estructura. |
| Federación | - | Federación de Tiro de Armas Cortas y Rifles de Puerto Rico ("Puerto Rico Shooting Association"), compuesta de varios clubes afiliados. |
| Comisión Técnica de Afiliación | | Organismo de la Federación cuya misión es inspeccionar los clubes y verificar que sus facilidades cumplan con los requisitos establecidos en la Constitución y Reglamentos de la Federación. |
| Oficiales del club | | Representantes de clubes afiliados ante la Federación, habrá uno (1) en el Comité Ejecutivo y hasta tres (3) en la Junta de Directores. |

4

## CAPITULO III - DE LA AFILIACION

### Artículo 301 - Afiliación de los Clubes

1. La solicitud se hará por escrito al Secretario de la Federación y contendrá como mínimo lo siguiente:

    A. Formulario que incluya un compromiso de parte del club solicitante de lealtad a la Federación y su Constitución, deberá incluir la dirección física del club así como un listado de sus directivos con sus direcciones postales y teléfonos. Este formulario lo proveerá la Federación a los
    solicitantes.

    B. Copia del permiso de uso de la Administración de Reglamentos y Permisos del Estado Libre Asociado de Puerto Rico o la agencia de gobierno que tenga dicha misión.

    C. Certificado de la Policía de Puerto Rico donde indique que el club solicitante reúne los requisitos de seguridad. Este certificado debe de tener el membrete de la Policía de Puerto Rico.

    D. Copia de la póliza de Responsabilidad pùblica.

    Junto con cada solicitud el club solicitante enviará un cheque o giro postal por la cantidad de cincuenta ($50.00) dólares como cuota de ingreso. En el caso de que un club no cumpla con los requisitos tendrá una prorroga automática de seis (6) meses a partir de la radicación, de solicitud, se venciera la prorroga tendrá que radicar una nueva solicitud. En ningún caso se devolverá la cuota de ingreso y no se aceptará ningún club que no cumpla con los requisitos de afiliación.

5

### Artículo 302 - Procedimiento y trámite de solicitud para afiliación de clubes

1. El Secretario General de la Federación dentro de los diez (10) días siguientes a la radicación de la solicitud, referirá la misma a la **COMISION TECNICA DE AFILIACION** de la Federación, la cual estará compuesta por los Delegados de Rifle, Pistola y el Secretario General, quienes inspeccionarán las facilidades del club solicitante y harán un informe y recomendaciones al Comité Ejecutivo en su próxima reunión.

El Comité Ejecutivo en reunión convocada, entre otras cosas para ver las solicitudes de afiliación, pasará juicio sobre la solicitud a base de este Reglamento y la Constitución de la Federación. Luego pasará a votar si acepta o no la afiliación del club solicitante.

2. Mayoría de Votos:

Se requerirá mayoría simple de los votos presentes en la reunión del Comité Ejecutivo para afiliar un club a la Federación.

### Artículo 303 - Facilidades Mínimas que debe tener un Club

A.  Clubes bajo techo:

1. Tendrá como mínimo una cancha de diez (10) puestos donde el blanco de tiro regrese al tirador, con una distancia mínima de cincuenta (50) pies lineales de la línea de tiro al centro del blanco.

2. Los puestos de tiro tendrán un mínimo de treinta (30) pulgadas de distancia entre sí.

3. Entre cada puesto habrá una división construida de un material que permita ver la actuación del tirador vecino a la izquierda como a la derecha.

6

    4. Tendrá un mínimo de diez (10) pies desde la línea de fuego hacia atrás para tiradores, oficiales y espectadores.

    5. Tendrá un mínimo de (10) sillas o banco para descanso de los tiradores en competencia.

    6. Tendrá un parabalas diseñado de tal manera y de un material que retenga los proyectiles disparados y evite el rebote de los mismos.

    7. Dicha cancha estará construida de tal manera y de un material que le dé seguridad al área alrededor del edificio y no ponga en peligro vidas y propiedades de la comunidad donde esté localizado el club.

    8. Tendrá un sistema de ventilación y expulsión de gases producidos por los disparos, que no sean nocivos a la salud de las personas dentro de la cancha y que cumpla con los requisitos de las agencias reguladoras del gobierno cuyos reglamentos apliquen.

    9. Deberá cumplir con los requisitos que pudieran establecer la policía, bomberos y cualquier otra agencia reguladora.

B.    Clubes de Canchas Abiertas.

    1. Deberá tener quince (15) posiciones de giro automático.

    2. Una distancia de veinticinco (25) metros de la línea de fuego al centro del blanco de tiro.

    3. Los puestos de tiro deberán estar separados a una distancia entre sí de noventa (90) centímetros.

    4. Entre cada puesto de tiro habrá una división construida de un material que permita ver actuación del tirador vecino, tanto a la izquierda como a la derecha.

7

5. Tendrá un espacio mínimo de tres (3) metros desde la línea de tiro hacia atrás para los tiradores, oficiales y espectadores.

6. Tendrá un mínimo de quince (15) sillas o bancos para los tiradores en competencia.

7. Tendrá un parabalas de suficiente altura para retener los proyectiles dentro de la cancha. Este se construirá de un material que evite el rebote de las balas. En caso de que existan viviendas o cualquier tipo de estructura cerca de dichas facilidades, se proveerá de tabiques ("bafle"), paredes, montículos, de tal manera que eviten daño a la vida y propiedades en el área del club y de la comunidad.

8. Deberá cumplir con los requisitos que establece el Departamento de Recreación y Deportes y la Policía de Puerto Rico.

### Artículo 304 - Cuotas a pagar a la Federación para los clubes afiliados y sus tiradores.

A. Cada club afiliado pagará a la Federación una cuota anual de veinticinco ($25.00) dólares, dicha cuota se pagará en o antes del 30 de septiembre y los tiradores miembros de dicho club pagarán una cuota cada tres (3) años de doce ($12.00) dólares.

B. Cualquier club que no esté al día en el pago de sus cuotas a la Federación, no tendrá derecho a votar en las reuniones de la misma y sus organismos, igualmente cualquier club que haya acumulado dos años, sin pagar cuotas perderá su afiliación. Previo a esta decisión la Federación le enviará carta certificada con acuse de recibo al club afectado dándole 15 días para pagar sus cuotas atrasadas de no pagarlas en dicho tiempo se procederá a cancelar inmediatamente la afiliación.

8

### Artículo 305 - Derecho de los clubes afiliados

Todo club afiliado tendrá todos los derechos que le concede la Constitución de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico y sus Reglamentos.

### Artículo 306 - Deberes de los nuevos clubes afiliados

Todo club y tirador afiliado deberá cumplir con lo dispuesto en la Constitución de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico y sus Reglamentos.

### Artículo 307 - Integración de los Clubes

Los clubes que su afiliación sea aceptada por la Federación pasarán inmediatamente a ser parte de la misma.

### Artículo 308 - Cláusula Antimonopolista

Ningún club o grupo de clubes, bajo una entidad, o persona natural o jurídica que se afilie a esta Federación, podrá tener más de tres (3) delegados en la Junta de Directores y un (1) delegado en el Comité Ejecutivo

## CAPITULO IV - DEL PROCEDIMIENTO DISCIPLINARIO

### Artículo 401 - Jurisdicción

Este reglamento tendrá aplicación en toda querella o:

A. Procedimiento para mostrar causa por la cual no debe ser amonestado, suspendido o desafiliado, iniciado de la forma y por las personas indicadas en el mismo.

B. El ámbito de la jurisdicción de este reglamento alcanza a todos los clubes afiliados y que se afilien en el futuro a la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico.

9

## Artículo 402 - Modos de iniciar el Procedimiento

El procedimiento disciplinario objeto de este reglamento se inicia así:

A. Radicación de una querella voluntaria en la Secretaría de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico o mediante una orden para mostrar causa por la cual no debe ser amonestado, suspendido o desafiliado, expedida por el presidente de la Federación.

B. Si por motivo de los hechos que den base a una querella radicada en la Federación se hubiese radicado alguna acción administrativa, gubernamental judicial en algún otro foro, la Federación estará obligada a esperar que dicho trámite o querella se resuelva en dicho foro de forma final y firme para que entonces la Federación pueda entrar en los méritos de la misma.

C. La decisión de la querella a nivel administrativo, gubernamental o judicial en forma alguna impedirá el que la Federación pueda entrar en los méritos de cualquier querella que haya sido radicada en la Federación por esos mismos hechos.

D. El ámbito de la jurisdicción de este reglamento alcanza a todos los clubes afiliados y que se afilien en el futuro a la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico.

## Artículo 403 - Quien puede iniciar el procedimiento

El procedimiento disciplinario puede ser iniciado:

A. Por cualquier miembro de la Federación que se sienta agraviado por las actuaciones. de un club, mediante expedición de una orden para mostrar causa por la cual no debe de ser amonestado, suspendido o desafiliado por el Presidente o la Directiva de la Federación, expedida motu propio o a petición de cualquier parte interesada.

10

B. En ambas situaciones, el Secretario de la Federación, notificará a todas y cada una de las partes envueltas en el caso la fecha fijada para la vista para dilucidar la querella y orden para mostrar causa con por lo cual no debe ser amonestado, suspendido o desafiliado con por lo menos quince (15) días calendario de anticipación a la fecha fijada para la vista.

C. El querellado o imputado podrá contestar o no en un término no mayor de siete (7) días por escrito la querella u orden previo a la vista del caso, aunque ello no se considerará una parte esencial del procedimiento. Podrá si así es su deseo, renunciar a dicha vista dejando el caso sometido para resolución los cuales podrán incluir un escrito en oposición por parte del querellado o imputado.

### Artículo 404 - Vistas

La vista de caso se celebrará ante el Comité Ejecutivo aunque éste podrá designar para escuchar las pruebas a una comisión formada por cinco miembros de dicho Comité Ejecutivo quien oirá la prueba que rendirá un informe con sus recomendaciones acompañando cualquier evidencia recibida con todo el expediente del caso, el Comité Ejecutivo resolverá en reunión citada para tal propósito.

## CAPITULO V - CAUSAS PARA PROCEDIMIENTO DISCIPLINARIO

Serán causas para un procedimiento disciplinario en contra de un club u oficial, las siguientes:

1. Violaciones a las disposiciones constitucionales y/o reglamentarias, resoluciones u órdenes de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico.

2. Fallar en mantener las condiciones o requisitos de afiliación o membresía requeridas por la Constitución y los Reglamentos de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico.

11

## CAPITULO VI - SANCIONES

### Artículo - 601

La Federación de Tiro de Armas Cortas y Rifles de Puerto Rico podrá amonestar, suspender o desafiliar a cualquier club o representante de club ante la Federación o por la comisión de cualquier causa para procedimiento disciplinario señaladas en el capítulo anterior, cuando se trate de un oficial de club el procedimiento disciplinario será el mismo que para un club.

### Artículo 602 - Efectos de la sanción

La sanción impuesta por el Comité Ejecutivo de la Federación tendrá efecto en toda actividad que celebre la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico o cualquiera de sus clubes.

### Artículo 603 - Apelación

Cualquier parte adversamente afectada por una Resolución emitida por el Comité Ejecutivo de la Federación de Tiro de Armas Cortas podrá apelar la decisión ante el Comité Olímpico de Puerto Rico.

El recurso en alzada deberá radicarse ante el Comité Olímpico de Puerto Rico no más tarde de diez (10) días laborables después de haber sido la parte recurrente notificada con copia de la Resolución emitida por el Comité Ejecutivo.

12

## CAPITULO VII - ENMIENDAS AL REGLAMENTO DE AFILIACION

### Artículo 701 - Proposiciones

Las proposiciones de enmiendas a este reglamento se harán por escrito en cualquier momento radicando su proposición en la Secretaría de la Federación a fin de que la misma sea circulada entre el Comité Ejecutivo. El Comité Ejecutivo pasará juicio de la misma en reunión convocada entre otras cosas para ver la proposición. Cualquier decisión del Comité Ejecutivo se le notificará al proponente. Toda enmienda recibida será llevada al Comité Ejecutivo en su próxima reunión.

### Artículo 702 - Mayoría Requerida

Cualquier enmienda a este Reglamento para ser aprobada requerirá una mayoría simple de los miembros presentes del Comité Ejecutivo en reunión convocada para estos fines entre otras cosas.

### Artículo 703 - Cláusula de Separabilidad

Cada una de las disposiciones de este Reglamento se entenderá separada de las demás por lo que la nulidad de alguna no afecta la validez de las restantes.

### Artículo 704 - Vigencia

A. Toda enmienda a este reglamento tendrá vigencia a los treinta días una vez aprobado excepto cuando por unanimidad de los votos presentes se determine lo contrario.

B. Este Reglamento fue aprobado por el Comité Ejecutivo de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico el día 7 de marzo de 1998 y entrará en vigor a los treinta días de su aprobación.

Jorge Hernández Rivera
SECRETARIO GENERAL

Al aprobarse este Reglamento los siguientes clubes están afiliados a esta Federación:

AA Gun Club
Aibonito Shooting Club
Arecibo Shooting Club
Asociación de Tiro y Caza
Asociación Tiradores Pepinianos
Añasco Shooting Club
Camuy Gun Club
Club Central de Tiro
Club de Tiro de Adjuntas
Club de Tiro de Barceloneta
Club de Tiro de Cayey
Club de Tiro de Fajardo
Club de Tiro de Guánica
Club de Tiro de la Guardia Nacional
Club de Tiro de Jayuya
Club de Tiro de Lajas
Club de Tiro de Moca
Club de Tiro de Quebradillas
Club de Tiro El Pastillo
Club de Tiro El Naranjal
Club de Tiro La Villa del Ojo
Humacao Shooting Club
La Glorias Shooting Club
Manatí Shooting Club
Mayaguez Shooting Club
Pan American Gun Club
Ponce De León Gun Club
Ponce Expert Shooting Club
P.R. Skeet & Gun Club
3T Shooting Club
William's Shooting Club