

Estado Libre Asociado de Puerto Rico
Departamento de Estado

Fecha Transacción: 05-feb-2015
Núm. Registro: 8427
Núm. Recibo: 823213

# Estado Libre Asociado de Puerto Rico
# Departamento de Estado
## INFORME ANUAL 2014

### Información General

| | |
|---|---|
| Núm. Registro | **8427** |
| Nombre | **FEDERACIÓN DE TIRO DE ARMAS CORTAS Y RIFLES DE P.R. (PUERTO RICO SHOOTING ASSOCIATION), INC.** |
| Fecha de Inscripción | **30-abr-1976** |
| Clase | **Corporación** |
| Jurisdicción | **Doméstica** |
| Tipo | **Sin Fines de Lucro** |
| Naturaleza Servicios | **Servicios de Recreación Y Deportes** |
| Forma Organización | **Entidad Cívica** |

### Persona Autorizada

| | |
|---|---|
| Nombre | **IRIZARRY RODRIGUEZ, REYNALDO** |
| Dirección | **CARR 404 FINAL AÑASCO PR 00610** |

### Dirección Oficina Designada

| | |
|---|---|
| Dirección Física | **AVE DE LA CONSTITUCION #3, CASA OLIMPICA PUERTA DE TIERRA #1, SAN JUAN, PR, 00902** |
| Dirección Postal | **P O BOX 902008, SAN JUAN, PR, 00902** |
| Teléfono | **(787) 722-7474** |

### Agente Residente

| | |
|---|---|
| Nombre | **IRIZARRY RODRIGUEZ, REINALDO** |
| Dirección Física | **CARR 109, KM 4.6, AÑASCO, PR, 00610** |
| Dirección Postal | **P O BOX90200008, SAN JUAN, PR, 00902** |

### Oficiales

El nombre, título, expiración cargo y dirección postal de los oficiales son:

| | |
|---|---|
| Nombre: | **IRIZARRY RODRIGUEZ, REYNALDO** |
| Título(s): | **Presidente** |
| Expiración Cargo: | **31-dic-2016** |
| Dirección Postal: | **P O BOX 902000008 SAN JUAN PR 00902** |

| | |
|---|---|
| Nombre: | **BARRETO CASTILLO, SAYRA** |
| Título(s): | **Secretario(a)** |
| Expiración Cargo: | **31-dic-2016** |
| Dirección Postal: | **URB VILLA NAVARRA 622 CALLE CARLOS DELGADO SAN JUAN PR 00902** |

| | |
|---|---|
| Nombre: | **RAMIREZ , WILLIAM** |
| Título(s): | **Tesorero(a)** |
| Expiración Cargo: | **31-dic-2016** |
| Dirección Postal: | **AIBONITO AIBONITO PR 00603** |

**Estado Financiero**

Volumen Negocios    **No excede los tres millones de dólares**

Detalles provistos en Estado de Situación

CERTIFICACIÓN JURADA
EN TESTIMONIO DE LO CUAL, REYNALDO IRIZARRY RODRIGUEZ (Presidente), SAYRA BARRETO CASTILLO (Secretario(a)), WILLIAM RAMIREZ (Tesorero(a)) declaramos que la información contenida en este Informe Anual es correcta. Hoy, 5 de febrero de 2015.