

Estado Libre Asociado de Puerto Rico
Departamento de Estado

Fecha Transacción: 05-feb-2015
Núm. Registro: 8427
Núm. Recibo: 823213

# Estado Libre Asociado de Puerto Rico
# Departamento de Estado
INFORME ANUAL 2014
## Estado de Situación

**Información General**

| | |
|---|---|
| Núm. Registro | **8427** |
| Nombre | **FEDERACIÓN DE TIRO DE ARMAS CORTAS Y RIFLES DE P.R. (PUERTO RICO SHOOTING ASSOCIATION), INC.** |
| Fecha de Inscripción | **30-abr-1976** |
| Clase | **Corporación** |
| Jurisdicción | **Doméstica** |
| Tipo | **Sin Fines de Lucro** |
| Naturaleza Servicios | **Servicios de Recreación Y Deportes** |
| Forma Organización | **Entidad Cívica** |

**Activos**

| | |
|---|---|
| Activos Corrientes | **$838,283.00** |
| Propiedad y Equipo | **$0.00** |
| Activos Otros | **$0.00** |
| **Total Activos** | **$838,283.00** |

**Pasivos/Capital**

| | |
|---|---|
| Pasivos Corrientes | **$4,000.00** |
| Pasivos a Largo Plazo | **$0.00** |
| Capital | **$834,283.00** |
| **Total Pasivos/Capital** | **$838,283.00** |

**Información Adicional**

## CERTIFICACIÓN JURADA
El Departamento de Estado de Puerto Rico no se responsabiliza por la información contenida en este Estado de Situación. Los datos incluidos en el mismo forman parte de la información suministrada por la corporación como parte de la radicación de su Informe Anual.

FEDERACIÓN DE TIRO DE ARMAS CORTAS Y RIFLES DE P.R. (PUERTO RICO SHOOTING ASSOCIATION), INC.

INFORME ANUAL 2014 - Estado de Situación