COMMONWEALTH OF PUERTO RICO
PUBLIC RECREATION AND PARKS ADMINISTRATION
SAN JUAN, PUERTO RICO

No. 2068
DATE March 23, 1976 8:00 AM
APPROVED: JUAN A. ALBORS
Secretary of State

REGULATIONS FOR THE SPORT OF TARGET SHOOTING
PROCLAIMED BY THE PUBLIC RECREATION AND PARKS ADMINISTRATION

BY: *[signature]* Assistant Secretary of State

ON THE VIRTUE OF THE DISPOSITIONS OF THE LAW # 75 APROVED THE
13 of June, 1953 AND AMENDED, BY LAW # 76 The 23 June, 1958

ARTICLE I — NAME — This regulation will be known by the name of "Target Shooting Rules of Puerto Rico".

ARTICLE II — OBJECTIVE — In accordance with Section 37I Clause A, of Law # 75, The Public Recreation and Parks Administration will have as its duties:

    I) To promote and encourage the development of the sport of target shooting in Puerto Rico, cooperating with the various presently existing clubs, or those to be formed in the future with the means at hand.

    2) Define exactly what are the firearms for the sport of target shooting.

ARTICLE III — GENERAL DEFINITION:

So that these regulations and the contents contained herein can be more clearly understand, we offer the following definitions:

    I) "Chief of Police", signifies the Superintendent of Police of Puerto Rico.

    2) "Administrator", signifies the Public Recreation and Parks Administrator of Puerto Rico.

    3) "Shooter", signifies any person authorized to participate in the sport of target shooting.

    4) "Target Shooting", siginifies a sport for practice, in which firearms are used.

    5) "Shot", signifies the fireing of a firearm.

    6) "Firing Range", signifies place where target shooting takes place.

    7) "Firearms", signifies any firearm, capable of expelling ammunitions through the action of expanding gases.

    8) "Person", includes all individuals, associates, societies or corporations.

    9) "Ammunitions", signifies any bullet size, cartridge, proyectile, shot load or any charge placed in a firearm to be diacharged.

    IO) "Faults of Violence", applies and includes all faults whether it is assasination in any grade, homicide, kidnapping, assault and battery, burglaries, forced entrance into a building, theft and extorsion.

    II) "Association", means Puerto Rico Shooting Association.

    I2) "Federation", signifies Puerto Rico Shooting Federation.

    I3) "U.I.T.", National Rifle Association.

ARTICLE IV - DEFINITION OF FIREARMS USED IN TARGET SHOOTING

    For the effects of this article, continued below are a definition of the arms used and authorized in target shooting:

    I) MILITARY SERVICE PISTOL, CAL 45 Model MI9II or MI9IIAI semi-automatic, cal. 45 with a trigger pull not less than 4 lbs. The rear sight can be adjustable, sight have to be open, and no more than 7" seperation between front and rear sights. All of the safety features of the arm must function properly. No barrel extension can be used and telescopic sights are not permitted.

    2) SEMI - AUTOMATIC, CAL. 45 Pistol - Any pistol, semi-automatic, cal. 45 with a trigger pull not less than 3 I/2 lbs. The sights can be adjustable but be no more than IO" seperation between front and rear sights. All the safety features of the arms must function properly. The use of telescopic sights are permitted.

    3) CENTER FIRE PISTOL OR REVOLVER- Any center fire pistol or revolver, cal. 32 or greater, (including 7.65 mm pistols or .45 cal. revolvers). The length of the barrel including sights can be no more than IO inches, and the trigger pull no less than 2 I/2 lbs., except in the .45 cal. pistol the trigger pull can be no less than 3 I/2 lbs. The sights can be adjustable but cannot be seperated more than IO" apart. The use of telescopic sights are permitted.

    4) PISTOL OR REVOLVER, CAL. 22 _____ Any pistol (single shot or semi-automatic, or revolver that uses a .22 cal. cartridge (rimfire), and which bullet being made of lead or a lead alloy, with a weight of not more than 40 grains and a barrel diameter no greater than .23 inches and no more than a IO" seperation between sights. The trigger pull can be no less than 2 lbs. The use of telescopic sights are permitted.

    5) FREE PISTOL - Any pistol or revolver whose calibre is no greater than .22 cal. (5.6mm) There is no lemit to the length of the barrel, nor to the pull of the trigger. It is however prohibited to change the grips in such a form or shape that th ey serve as an artificial support to the wrist. No telescopic sights are permitted.

6) PISTOL OR REVOLVER FOR USE IN RAPID FIRE SHOOTING
Any semi-automatic pistol whose calibre be no
more than cal. 22 ( 5.6mm) can be used if
they comply with the following requirements:
The rips shall in no way serve as an artificial
support for the wrist.
   The weight of the pistol re revolver, with
all the assesories,(including magazines and
barrel weight) shall not exceed 1260 grams.
The use of any type of optical sight is not
permitted.

7) INTERNATIONAL CENTER FIRE REVOLVER OR PISTOL -
Any semi-automatic pistol or revolver
whose calibre is not less 7.6mm and
does not exceed 9.65mm, and whose barrel
length be no more than 153 mms., in length
the distance between sights should not exceed
22cms., and the trigger pull be no less than 1360
grams. The weight of the pistol or revolver
including all assesories must not exceed 1400 grams.
Telescoppic sights are prohibited.

8) STANDARD PISTOL - The same regulations that
apply to the above paragraph ( International
Center Fire Pistol) also apply here with the
following exceptions; The only ammunition
permitted is cal. 22 long rifle. The trigger
pull is also fixed at no less than 1000 grams.
( 2 .2 lbs.).
The weight of the pistol or revolver including
all assesories must not exceed 1400 grams.
Telescopic sights are prohibited.

9) AIR PISTOL (PELLET) - Any compressed aie
or C 2 gas capsule in cal. 4.5mm ( .177 cal.)
The exterior measures ments shall be no more
than 200mm., high, 420mm long, and 50mm wide.
The total weight shall not exceed even with barrel
weights, more than 1500 grams maximum. The trigger
pull minimum shall be 500 grams and without a
"set".

10) 22 CAL. RIFLE - The rifle authorized for com-
petitions is any .22 cal. rifle (rem fire) known
as ".22 long rifle". There are no restrictions
as to the length of the barrel, nor the weight
of the rifle, including accesories, or on limit
of the trigger pull or type of trigger used.
The rifle , however has to comply with those
regulations and rules dealing with the National
Rifle Association.

11) FREE RIFLE ( 50 METERS) - SMALL BORE - All
rifles are permitted provided that they do not
exceed the following limitations:

   a) The weight of the rifle may not exceed
      8 kgs., including palm rest and butt
      hook.

   b) The calibre shall not be no larger than
      5.6 (for rimfire). "set", triggers can be
      used.

c) No telescope sights are permitted.
d) It is a rifle with a thumb-hole stock, removable palm rest, and adjustable butt assembly.

12) STANDARD RIFLE (SMALL BORE) - This rifle must be used in all positions without change. The calibre of the rifle will be 5.6mm (22 cal.), and the trigger pull is "fire" with no "set" allowed. Thumb-hole, palm rest, heal rest, and hand stops are prohibited. The use of optical sights are prohibited. The weight of the rifle may not exceed 5 kilograms.

13) MILITARY RIFLE - Any rifle which is actually being used or has been used as the service rifle of the armed forces of any nation or nations. It has to be used, however, without any alterations. The trigger pull can not be less than 4 1/2 lbs.

14) AIR RIFLE )PELLET) - Any type of compressed air or CO2 rifle with the following restrictions:

   a) Cal. 4.5mm ( .177 cal.)
   b) Trigger pull, free - no set
   c) Thumb-holes, Palm Rests, heel rests are prohibited as well as telescope sights.
   d) The rifle shall weigh no more than 5 kgs. (II lbs).

15) SPORTING RIFLE (N.R.A. TYPE) - A rifle of Center Fire of any calibre which is not equipped with a palm rest or "Schuetzen Type" butt plate. The trigger pull can be no less than 3 lbs. and the arm shall weigh no more than 9 lbs. and the length of barrel no more than 26".

16) FREE RIFLE 300 METERS - These rifles must have the following restrictions:

   a) Metallic Sights, no telescope sights allowed.
   b) Ammunition of center fire type and of a calibre that does not esceed 8 mm.
   c) Total weight including all accesories shall not exceed 8 kilograms.
   d) The rifle must offer complete safety.

17) SHOTGUNS

   a) SHOTGUNS FOR AKEET - Any shotguns whose barrel length be no less than 20" nor longer than 30" and whose calibre does not exceed 12 gauge or lighter than .410 gauge.
   b) SHOTGUNS FOR TRAP - Any shotgun whose barrel length be less than 24" nor any longer than 34" and whose does not exceed 12 gauge.

18) RUNNING BOAR RIFLE - Any 22 cal. rifle designed for the .22 long rifle and whose weight of the rifle does not exceed 5 kilos ( II lbs.) and whose trigger pull shall be no less than .5 kilograms ( I. I lbs.). The stock can be sectional and fully adjustable in accordance with U.I.T. regulations. Telescope sights are permitted.

ARTICLE V - LICENCES FOR ORGANIZATIONS FOR TARGET SHOOTING

1) No licences will be granted to any club or organization that does not conform to the laws regulation the sport of target shooting. The application for a licence should be made by the President or Secretary of the Club or Organization dedicated tothe sport to be held only in the locality authorized by the Administrator. Every club or organization that dedicated or have a desire to dedicate to the sport will have to include in their application, the following information:

   a) Name of the club or organization
   b) Location of the range
   c) Facilities that are present for the practice of the sport.
   d) Supply a list, in duplicate, of the names of the directors, officials and members of said club, including their addresses, ages nationallity and occupation.
   e) Include a certificate of registry from the office of the Secretary of State of Puerto Rico and.
   f) Include a money order or check for the sum of $15.00 in payment of the course of a year, or fraction of the year from July 1st. to June 30.
   g) A certificate of membership in the association or shooting federation.

2) In case where only applications is submitted for a renewal of a club licence, then the list to which reference is made in section (d) of the above paragraph, only the names, addresses, age nationality and occupation of the Directors and Officials should accompany a sworn certification by the president of secretary of the Board of Directors or Officials to the effect that during the past natural year, said club celebrated at least a minimum of 6 official competitions a year, and at least three (3) of these competitions were made public. These competitions shall include dates, events and results of each competition.

3) Each club shall submit to the Administrator, on or before the 1st. of July of each year, the applocation for the renewal of said shooting licence as a registered shooting club.

4) The Administrator can refuse or deny the original or the renewal of any licence to any club or organization if;

   a) They do not have 10 or more members in the club
   b) If they have not been recommended favorably by the Superintendent of the Police.
   c) If the said club does not offer the necessary facilities required for the practice of the sport of target shooting.
   d) If also said club does not offer the minimum requisition of public safety, or
   e) If the club does not pay the $15.00 licence annually as required.

ARTICLE VI - CELEBRATION OF ELIMINATIONS AND CHAMPIONSHIPS

I) All clubs and shboting organizations shall be required to celebrate all State Championships, and eliminations to select the teams to represent Puerto Rico in the Olimpics, Regional Games, Central American and Caribbean Games, Pan American games or any other type of International competition that the Administrator assigns them, unless for some reason beyond their power they cannot do so. The Clubs or Organization will be obligated to celebrate a minimum of six competitions annually. Three of them at least, open to the public, so that the Administrator canrenew their club licences. The Club or Organization shall also notify in case of a suspension or cancellation of at least 10 days advanced notice.

The Clubs are also responsible to furnish the Administrators office before 10 days after a competition, the results of any shooting matches that have taken place in said club, and the Administrator office will keep an accurate file of all the matches held during the year in said clubs, with the results. The shooting Federation or Association shall also recieve copies of said redults mentioned above.

The Administratorshall also name a delegate to attend these competitions and to represent him at all times during the shooting tournaments.

ARTICLE VII - SUSPENSION OR EXPULSION OF SHOOTERS

I) The Secreataries or Presidents of the Clubs or organizations shall inform, by written mail, the Administrator or Chief of Police, during a period of 30 days, the suspension or expulsion of any shooter member and his address who has been recently suspended or expelled from a club, stating the reasons for said expulsion or suspension.

ARTICLE VIII - STATE CHAMPIONSHIPS

I) The Administrator shall organize and announce annually the celebration of the following shooting championships:

    a) National Match Course - cal. 22,38, 45 and aggregate of 3 calibres.

    b) Standard Pistol.

    c) International Center Fire.

    d) Rapid Fire Pistol

    e) Free Pistol

    f) Military Rifle - 3 positions

      g) Free Rifle - 3 positions at 300 meters - center fire or at 100 yards using reduced targets

      h) Rifle .22 cal. - 3 positions

      i) English Match

      j) Critchfield Match

      k) Running Boar 50 meters - normal and combined runs.

      l) Skeet - American Style

      m) Skeet - International Style

      n) Trap - American Style

      o) Olimpic - Clay Legion

      p) Air Rifle - .177 cal.

      q) Air Pistol - 177 cal.

      r) Standard Rifle.

All the above state championships shall be held abiding, and in accordance with the existing rules of the International Shooting Union, the National Rifle Association of America, the National Skeet Association the American Amateur Trap Association, as the case may be.

ARTICLE IX - RENEWAL OF CLUB LICENCES

      I) The Administrator can revoke or deny the renewal of any licence to any club or organization:

          a) If said club or organization permits, on its premises, any person, in particular, to shoot at targets, be it in practice or in competition, without first having an authorized target shooting licence.

          b) Or if any club fails to send, or sends false and incorrect information, relating to notices and memos that they are supposed to deliver, as is stated in these rules and regulations.

          c) Or if said club does not comply to any of the regulations set forth in these rules governing target shooting.

ARTICLE X - TARGET SHOOTING LICENCES

No licence, for the practice of target shooting, will be granted to any person, who is not a member of a bona-fide club, and member of the Association or Federation of Shooter that has not been recognized by the Puerto Rico Olimpic Committee and by the Administrator of Public Recreation and Parks.

ARTICLE XI - PLACES AND DATES OF CHAMPIONSHIPS

The Administrator shall designate annually the places (club) and dates, for the celebration of State Championships, sponsored by the Administrator of Parks and Recreation and supervised by the Federation and Association of shooters, and shall also send to the clubs or organizations the programs for said championships, not less than 30 days before the celebration of the first championships on the program. The clubs are then obliged to celebrate said championships that have been assigned to them.

ARTICLE XII - STATE CHAMPIONS

The State champions will be selected according to the highest scores shot in the actual celebration of the distictive state championship. The title of ahampion, in each event, will be held for the period ending with the following championship. The Administrator will provide the annual prizes for the champion, sub-champion and the third in each event and diplomas acknowledging as such, including diplomas for National records, Ladies and Junior champions will be selected in some of the events in accordance with National Rifle Association or International Shooting rules.

ARTICLE XIII - ADVISORY BOARD

The Administrator shall assign an Advisory Board integrated of 3 persons recognized as knowledgable with a high capacity in the sport of shooting, who will act in the capacity of technical advisors and consultants of the Administrator in all problems that aries in relation to the sport of shooting in general with state championships; competitions and eliminations for the selection of delegates form Puerto Rico to participate in any type of International competirions and Olimpics. This Board will also check that the shooting Federation and clubs comply with everything there is in these rules and regulations.

Said Board will also have powers and obligations as assigned by the Administrator, in accordance with the Laws and Rules of themCommonwealth of Puerto Rico and while such a Board is complying with their assigned duties none of the members of this Board shall belong or form a part of the Board or represent an be officials of any club, Federation or Shooting Association, or represent and Federation of Shooting Association before Olimpics Committee of Puerto Rico.

ARTICLE XIV - PRINTED FORMS

The Administrator will provide the clubs the forms for the applications for licences, and for the results of the competitions or anyother form that may be required to any article of the ahooting law.

ARTICLE XV - CLASIFICATION OF SHOOTERS

The Administrator will delegate in the Association or Federation or whioh ever the case may be, to keep an official list of the classification of the shooters. Official State records will be recognized only when they are fired and established in State Championships, official eliminations for the selection of the Puerto Rico team in Central America, Pan American, World Olimpics, and World Championships or any other International event including the National Championships of the United States and Inter Club Matches.

ARTICLE XVI - INTOXICATIVE BEVERAGES

It is prohibited at all times, the possesion, distribution, or the sale of intoxicating beverages on the range and firing line during the celebration of any practice shooting, shooting matches or official championships, by any shooter or shooting officials.

ARTICLE XVII - STORAGE OF FIREARMS

It is forbidden to store firearms or ammunition on the premises of a shooting range, or club proper.

ARTICLE XVIII - SPECIAL LICENCES

To reload ammunition a shooter has to have a special permit from the Superintendent of the Police. This ammunition cannot be sold nor given to other persons.

ARTICLE XIX - LOCAL COMPETITIONS WITH FOREIGN SHOOTERS

To be able to compete or participate with shooters from foreign countries, the Association or Federation must first ask for permission from the Administrator and Superintendent of the Police for the foreign shooters to be able to compete locally.

ARTICLE XX - PENALTIES

Any fraction to the dispositions of the subchapter signifies a misdemeanor and the person convicted will be punished by a fine of from $100.00 to $1000.00 or be jailed for a term of no less than 15 days or no more than 6 months or both, at the discretion of the courts.

ARTICLE XXI - SEPARABILITY

If any clause or part of these Rules and Regulations should be declared void or unconstitutional, said annulment shall not effect the effectivity of the rest of same.

ARTICLE XXII - EFFECTIVENESS

These regulations shall take effect as soon as they are duly filed and promulgated according to the Law in force.

San Juan, Puerto Rico, this 13 th. day of November, 1975

_____
Emilio A. Casellas
Administrator