List of Puerto Rico Federal Firearms Licensees (FFLs)

January 2016

| Lic Regn | Lic Dist | Lic Cnty | Lic Type | Lic Xprdte | Lic Seqn | License Name | Business Name | Premise City | Premise State |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 66 | 003 | 01 | 8F | 00258 | HERNANDEZ-MUN( | ARMERIA Y ACCESORIOS EL NARANJAL | AGUADA | PR |
| 1 | 66 | 003 | 01 | 7L | 00150 | SALAZAR-MORET, ( | AGUADA SPORT SHOP & ARMORY | AGUADA | PR |
| 1 | 66 | 003 | 08 | 8H | 00285 | SALAZAR MORET, C | AGUADA SPORT SHOP | AGUADA | PR |
| 1 | 66 | 005 | 01 | 6M | 00224 | CARDONA-VALENT | SHOOTING ACCESSORIES & SERVICE | AGUADILL/ | PR |
| 1 | 66 | 013 | 01 | 8M | 83577 | GUTIERREZ-MARTII | G G AND GUNS | ARECIBO | PR |
| 1 | 66 | 023 | 01 | 6E | 00095 | ORTIZ-RODRIGUEZ, | WEST SHOOTING SUPPLIES | CABO ROJ( | PR |
| 1 | 66 | 121 | 08 | 4L | 00118 | RIOPEDRE-ABREU, | EJ ACCURACY GUNS | SABANA GI | PR |
| 1 | 66 | 121 | 06 | 6F | 00136 | RIOPEDRE-ABREU, | EJ ACCURACY GUNS | SABANA GI | PR |
| 1 | 66 | 121 | 01 | 7L | 00117 | RIOPEDRE-ABREU, | EJ ACCURACY GUNS | SABANA GI | PR |
| 1 | 66 | 065 | 08 | 8F | 00275 | READY GUN SHOP I | READY GUN SHOP | HATILLO | PR |
| 1 | 66 | 065 | 01 | 8F | 00273 | READY GUN SHOP I | READY GUN SHOP | HATILLO | PR |
| 1 | 66 | 071 | 08 | 7D | 00171 | ANGOSTURA INC | EXTREME ARMORY | ISABELA | PR |
| 1 | 66 | 071 | 01 | 7D | 00170 | ANGOSTURA INC | EXTREME ARMORY | ISABELA | PR |
| 1 | 66 | 071 | 07 | 7C | 00234 | CRUZ GUN SHOP IN | NULL | ISABELA | PR |
| 1 | 66 | 079 | 01 | 6H | 00211 | RI TACTICAL ARMO | RI TACTICAL ARMORY | LAJAS | PR |
| 1 | 66 | 091 | 01 | 7M | 00256 | SANTIAGO, EDWIN | ARMERIA BAM BAM & SPORT SHOP | MANATI | PR |
| 1 | 66 | 091 | 01 | 6E | 00199 | GONZALEZ-GEREN/ | ARMERIA ATENAS | MANATI | PR |
| 1 | 66 | 099 | 01 | 8F | 00268 | PEREZ CABAN, WIL | NORTH WEST ARMORY | MOCA | PR |
| 1 | 66 | 099 | 01 | 6B | 00511 | CABAN-MARCIAL, ( | ARMERIA PIPO Y ALGO MAS | MOCA | PR |
| 1 | 66 | 097 | 01 | 7F | 00241 | SALAZAR-SALAS, CI | ARMERIA Y CLUB DE TIRO BAJO TECHC | MAYAGUE; | PR |
| 1 | 66 | 145 | 11 | 7A | 00205 | SRC MANUFACTUR | BROADSWORD/SRC ARMS; A-SQUARE; | VEGA BAJA | PR |
| 1 | 66 | 145 | 10 | 7A | 00203 | SRC MANUFACTUR | BROADSWORD/SRC ARMS; A-SQUARE; | VEGA BAJA | PR |
| 1 | 66 | 009 | 08 | 9A | 00192 | ECHEVARRIA, MAR | ARMERIA DE LA MONTANA | AIBONITO | PR |
| 1 | 66 | 009 | 01 | 9A | 00190 | ECHEVARRIA, MAR | ARMERIA DE LA MONTANA | AIBONITO | PR |
| 1 | 66 | 113 | 06 | 7K | 00148 | WILLIAMS GUNS DI | NULL | PONCE | PR |
| 1 | 66 | 113 | 01 | 8D | 33201 | WILLIAMS GUNS DI | NULL | PONCE | PR |
| 1 | 66 | 025 | 01 | 7G | 00060 | RIVERA-MILLAN, M | RL ARMERIA Y DISTRIBUIDOR | CAGUAS | PR |
| 1 | 66 | 025 | 01 | 6D | 00195 | JIMCAST INC | JC ARMORY | CAGUAS | PR |
| 1 | 66 | 025 | 01 | 7M | 00149 | ARLM ENTERPRISE! | ARMERIA PERSONAL DEFENSE | CAGUAS | PR |
| 1 | 66 | 025 | 01 | 8D | 00262 | RL ARMERIA LLC | RL ARMERIA | CAGUAS | PR |
| 1 | 66 | 029 | 07 | 8G | 00284 | HOBBY GUN STORE | NULL | CANOVAN/ | PR |
| 1 | 66 | 029 | 01 | 7G | 00242 | HOBBY GUN STORE | NULL | CANOVAN/ | PR |
| 1 | 66 | 035 | 01 | 6L | 00219 | RELOAD LA ARMER | RELOAD LA ARMERIA | CAYEY | PR |

List of Puerto Rico Federal Firearms Licensees (FFLs)

January 2016

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 66 | 053 | 07 | 8K | 00289 | BULL'S EYE GUN SH | BULL'S EYE GUN SHOP LLC | FAJARDO | PR |
| 1 | 66 | 053 | 01 | 6H | 33185 | ENCARNACION SAN | BULLS EYE GUN SHOP | FAJARDO | PR |
| 1 | 66 | 053 | 01 | 7J | 00177 | GARCIA-GERENA, I | FERRETERIA FAJARDO | FAJARDO | PR |
| 1 | 66 | 119 | 01 | 7D | 33189 | 3T SHOOTING CLUE | ARMERIA 3T | RIO GRAND | PR |
| 1 | 66 | 133 | 01 | 7L | 00151 | RIVERA-MILLAN, M | RL ARMERIA COAMO | SANTA ISAI | PR |
| 1 | 66 | 063 | 06 | 8M | 00291 | PEDRAZA CRUZ, JO | P Y R DISTRIBUTORS | GURABO | PR |
| 1 | 66 | 057 | 01 | 8F | 00047 | PONT-COLON, ANG | ANGEL PONT-COLON | GUAYAMA | PR |
| 1 | 66 | 069 | 01 | 7F | 00238 | ARMERIA DEL ESTE | ARMERIA DEL ESTE | HUMACAO | PR |
| 1 | 66 | 127 | 01 | 7J | 00245 | MUDAFORT XTREM | NULL | SAN JUAN | PR |
| 1 | 66 | 127 | 01 | 6L | 00215 | SEAMASTER INCOR | AAA ARMORY | SAN JUAN | PR |
| 1 | 66 | 127 | 01 | 6E | 00198 | MB GUN CLUB INC | NULL | SAN JUAN | PR |
| 1 | 66 | 127 | 01 | 8J | 00128 | A E RODRIGUEZ IN | NULL | BECHARA I | PR |
| 1 | 66 | 127 | 01 | 8A | 00072 | VARONA-PEREZ, AL | DOUBLE A GUN SHOP | SAN JUAN | PR |
| 1 | 66 | 127 | 01 | 8K | 00290 | METRO GUN SHOP | NULL | SAN JUAN | PR |
| 1 | 66 | 127 | 01 | 8E | 00272 | TACTICAL EQUIPM | NULL | SAN JUAN | PR |
| 1 | 66 | 127 | 06 | 8B | 00153 | VARONA, AURELIO | DOUBLE A GUN SHOP | SAN JUAN | PR |
| 1 | 66 | 127 | 01 | 8B | 33055 | PONCE DE LEON GI | NULL | RIO PIEDRA | PR |
| 1 | 66 | 127 | 07 | 8G | 00286 | SECURITY & DEFEN | BLINDADOS | SAN JUAN | PR |
| 1 | 66 | 127 | 08 | 7B | 00168 | B & B TARGET CENT | NULL | SAN JUAN | PR |
| 1 | 66 | 127 | 01 | 7B | 00167 | B & B TARGET CENT | NULL | SAN JUAN | PR |
| 1 | 66 | 127 | 01 | 7D | 00172 | US TAC CORP | US TACTICAL ARMORY | SAN JUAN | PR |
| 1 | 66 | 127 | 01 | 6M | 00162 | B & B LE EQUIPMEI | NULL | SAN JUAN | PR |
| 1 | 66 | 127 | 09 | 8G | 00281 | SECURITY & DEFEN | BLINDADOS | SAN JUAN | PR |
| 1 | 66 | 135 | 01 | 6E | 33106 | PEREZ RIVERA, JOS | VISTAZO SURF SPORT & ARMERIA | TOA ALTA | PR |
| 1 | 66 | 021 | 01 | 8F | 00266 | AMCHAR CARIBE IN | NULL | BAYAMON | PR |
| 1 | 66 | 021 | 01 | 6J | 00102 | COWBOYS GUN SH | NULL | BAYAMON | PR |
| 1 | 66 | 021 | 06 | 7J | 00146 | COWBOYS GUN SH | NULL | BAYAMON | PR |
| 1 | 66 | 033 | 08 | 7B | 00223 | LONE STAR ARMOR | NULL | CATANO | PR |
| 1 | 66 | 033 | 01 | 7B | 00220 | LONE STAR ARMOR | NULL | CATANO | PR |