

4 de febrero 2016

**De: Pedro A. Emmanuelli Director PRTSA y CRSO: Omar J. Claudio-Llopiz**

**A: Departamento de Recreación y Deportes, Instituto Puertorriqueño para el Desarrollo del Deporte y Recreación**

Hola y saludo esta carta es para pedir explicación escrita, ya que uno de nuestros miembros en el día de ayer fue a solicitar su licencia de tiro la cual fue denegada por razones que desconocemos,

Nuestra organización fue acreditada por el Instituto Puertorriqueño para el Desarrollo del Deporte y Recreación dejándonos llevar por **Ley Núm. 8 de 8 de Enero de 2004 Ley Orgánica del Departamento de Recreación y Deportes, siguiendo** todos los procedimientos y requisitos de ley.

Entendemos que el denegar estas licencias sin notificación previa es una violación de ley y podría ser discriminatoria, es por esto que pedimos aclaración antes de pedir ayuda al tribunal.

Para cualquier duda y/o pregunta 787-664-3368

Director de actividades: Pedro A. Emmanuelli _____

CRSO: Omar J. Claudio-Llopiz _____

**Puerto Rico Tactical Shooting Association**