DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| Jose A. Cruz-Kerkado, et al. <br> *Plaintiff(s)* <br> v. <br> Commonwealth of Puerto Rico, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 3:16-CV-2748(ADC) <br><br> Second Amendment/Fundamental Rights |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Commonwealth of Puerto Rico's Department of Justice a/k/a Departamento de Justicia

Calle Olimpo, Esq. Axtmayer, Pda. 11 Miramar, San Juan, PR Tel. (787) 721-2900


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Humberto Cobo-Estrella, Esq. USDC-PR230108    Email: hcobo@hcounsel.com

PO Box 366451 San Juan, Puerto Rico 00936-6451


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


Date: **10/04/2016**

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

**ANTONIO RODRIGUEZ**
**Deputy Clerk**
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | | |
|---|---|---|
| Jose A. Cruz-Kerkado, et al.<br>*Plaintiff(s)*<br>v.<br>Commonwealth of Puerto Rico, et al.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:16-CV-2748(ADC)<br><br>Second Amendment/Fundamental Rights |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Federacion de Tiro de Armas Cortas y Rifles de Puerto Rico a/k/a Puerto Rico Shooting Association

Casa Olimplica, Ave. Ponce de Leon 905, San Juan Puerto Rico   Tel. (787) 722-7474

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Humberto Cobo-Estrella, Esq. USDC-PR230108    Email: hcobo@hcounsel.com

PO Box 366451 San Juan, Puerto Rico 00936-6451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 10/4/2016

ANTONIO RODRIGUEZ
**Deputy Clerk**

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | | |
|---|---|---|
| Jose A. Cruz-Kerkado, et al.<br>*Plaintiff(s)*<br>v.<br>Commonwealth of Puerto Rico, et al.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:16-CV-2748(ADC)<br><br>Second Amendment/Fundamental Rights |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Puerto Rico Police Department a/k/a Policia de Puerto Rico

601 Ave Franklin Delando Roosevelt, San Juan, Puerto Rico 00936   Tel. (787) 793-1234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Humberto Cobo-Estrella, Esq. USDC-PR230108   Email: hcobo@hcounsel.com

PO Box 366451 San Juan, Puerto Rico 00936-6451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 10/04/2016

ANTONIO RODRIGUEZ
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| Jose A. Cruz-Kerkado, et al. | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No. 3:16-CV-2748(ADC) |
| | ) |
| | )  Second Amendment/Fundamental Rights |
| Commonwealth of Puerto Rico, et al. | ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Puerto Rico Department of Leisure and Sports a/k/a Departamento de Recreacion y Deportes

Parque de Santurce, Marginal Avenida Los Angeles, Santurce PR  (787) 721-2800

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Humberto Cobo-Estrella, Esq. USDC-PR230108    Email: hcobo@hcounsel.com

PO Box 366451 San Juan, Puerto Rico 00936-6451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 10/04/2016

**ANTONIO RODRIGUEZ**
**Deputy Clerk**

*Signature of Clerk or Deputy Clerk*