# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JOSE A. CRUZ-KERKADO, et al.,**<br><br>　Plaintiffs,<br><br>　v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br><br>　Defendants. | **Civil No. 16-2748 (ADC)** |

## <u>ORDER</u>

On September 29, 2016, plaintiffs initiated this civil action by filing a complaint against defendants, challenging several provisions of the Puerto Rico Arms Act of 2000, 25 L.P.R.A. §§ 455 *et seq*. In light of *District of Columbia* v. *Heller*, 554 U.S. 570 (2008), and *McDonald* v. *City of Chicago*, 561 U.S. 742 (2010), the complaint raises some colorable legal claims, including against the constitutionality of (1) the general restriction on gun ownership for self-defense purposes to two firearms pursuant to 25 L.P.R.A. § 456a(d); (2) the general restriction on ammunition ownership to fifty rounds per firearm per calendar year pursuant to 25 L.P.R.A. § 459a; and (3) the requirement that gun-club licenses shall only be granted to clubs engaged in the sport of target shooting and affiliated with the Sports Shooting Federation pursuant to 25 L.P.R.A. § 457a(a), thereby prohibiting gun clubs dedicated solely to self-defense training.

Due to the importance of those issues, the Court orders plaintiffs to serve process on defendants by Friday, October 14, 2016, and to file proof of service immediately. Pursuant to

Federal Rule of Civil Procedure 57, the Court intends to provide the parties with a speedy hearing of this action.

**SO ORDERED**.

At San Juan, Puerto Rico, on this 5th day of October, 2016.

**S/AIDA M. DELGADO-COLÓN**
**Chief United States District Judge**