DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | ) | |
|---|---|---|
| Jose A. Cruz-Kerkado, et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 3:16-CV-2748(ADC) |
| | ) ) | Second Amendment/Fundamental Rights |
| Commonwealth of Puerto Rico, et al. | ) ) | |
| *Defendant(s)* | ) | |

OCT 11'16 10:08AM

DEPTO. DE JUSTICIA

CORRESPONDENCIA

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Commonwealth of Puerto Rico's Department of Justice a/k/a Departamento de Justicia

Calle Olimpo, Esq. Axtmayer, Pda. 11 Miramar, San Juan, PR Tel. (787) 721-2900

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Humberto Cobo-Estrella, Esq. USDC-PR230108   Email: hcobo@hcounsel.com

PO Box 366451 San Juan, Puerto Rico 00936-6451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 10/04/2016

**ANTONIO RODRIGUEZ**
**Deputy Clerk**

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Commonwealth of Puerto Rico (by way of the Department of Justice a/k/a Departamento de Justicia).

was received by me on *(date)* Octubre 11, 2016.

☐ I personally served the summons on the individual at *(place)* Raul Rosas

on *(date)* Octubre 11, 2016 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* César R. Miranda Rodríguez, who is designated by law to accept service of process on behalf of *(name of organization)* Secretario de Justicia

on *(date)* Octubre 11, 2016; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ∅ for travel and $ ∅ for services, for a total of $ ∅.

I declare under penalty of perjury that this information is true.

Date: Octubre 11, 2016

*Server's signature*

Harry Vigo Ojeda
*Printed name and title*

Villa Carolina, Calle 91-92-41

Carolina, Puerto Rico 00985
*Server's address*

Additional information regarding attempted service, etc:

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| Jose A. Cruz-Kerkado, et al. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 3:16-CV-2748(ADC) |
| | ) ) | Second Amendment/Fundamental Rights |
| Commonwealth of Puerto Rico, et al. | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Puerto Rico Police Department a/k/a Policia de Puerto Rico

601 Ave Franklin Delando Roosevelt, San Juan, Puerto Rico 00936    Tel. (787) 793-1234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Humberto Cobo-Estrella, Esq. USDC-PR230108    Email: hcobo@hcounsel.com

PO Box 366451 San Juan, Puerto Rico 00936-6451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 10/04/2016

ANTONIO RODRIGUEZ
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Puerto Rico Police Department a/k/a Policia de Puerto Rico
was received by me on *(date)* October 11 2016.

☐ I personally served the summons on the individual at *(place)* Puerto Rico Police Department on *(date)* October 11 2016; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lillian Santos, who is designated by law to accept service of process on behalf of *(name of organization)* Secretary on *(date)* October 11 2016; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0

I declare under penalty of perjury that this information is true.

Date: October 11 2016

*Server's signature*

Harry Vigo Ojeda
*Printed name and title*

Villa Carolina, Calle 91-92-41
Carolina, Puerto Rico 00985
*Server's address*

Additional information regarding attempted service, etc:

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| **Jose A. Cruz-Kerkado, et al.** <br> *Plaintiff(s)* <br> v. <br> **Commonwealth of Puerto Rico, et al.** <br> *Defendant(s)* | Civil Action No. 3:16-CV-2748(ADC) <br><br> Second Amendment/Fundamental Rights |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Puerto Rico Department of Leisure and Sports a/k/a Departamento de Recreacion y Deportes

Parque de Santurce, Marginal Avenida Los Angeles, Santurce PR  (787) 721-2800

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Humberto Cobo-Estrella, Esq. USDC-PR230108   Email: hcobo@hcounsel.com

PO Box 366451 San Juan, Puerto Rico 00936-6451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 10/04/2016

**ANTONIO RODRIGUEZ**
**Deputy Clerk**

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Puerto Rico Department of Leisure and Sports a/k/a Departamento de Recreación y Deporte
was received by me on *(date)* October 11, 2016.

☐ I personally served the summons on the individual at *(place)* Magaly Santiago Rosado
Secretary _____ on *(date)* October 11, 2016; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Ramo E. Orta Rodriguez, who is designated by law to accept service of process on behalf of *(name of organization)* Dept. Secretary
on *(date)* October 11, 2016; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: October 11, 2016

_____
Server's signature

Harry Vigo Ojeda
Printed name and title

Villa Carolina, Calle 91-92-41
Carolina, Puerto Rico 00985
Server's address

Additional information regarding attempted service, etc:

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| Jose A. Cruz-Kerkado, et al. <br> *Plaintiff(s)* <br> v. <br> Commonwealth of Puerto Rico, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 3:16-cv-2748 <br><br> Second Amendment/Fundamental Rights |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Puerto Rico Shooting Association a/k/a Federacion de Tiro de Armas Cortas y Rifles de Puerto Rico

Casa Olimplica, Ave. Ponce de Leon 905, San Juan Puerto Rico   Tel. (787) 722-7474

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Humberto Cobo-Estrella, Esq. USDC-PR230108   Email: hcobo@hcounsel.com

PO Box 366451 San Juan, Puerto Rico 00936-6451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 10/04/2016                                                    S/ ANTONIO RODRIGUEZ
                                                                                    Deputy Clerk
                                                                          *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Puerto Rico Shooting Association a/k/a Federación de Tiro de Armas Cortas y Rifles de Puerto Rico

was received by me on *(date)* October 11, 2016.

☐ I personally served the summons on the individual at *(place)* Gilberto Hernandez
on *(date)* October 11, 2016 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Gilberto Hernandez, who is designated by law to accept service of process on behalf of *(name of organization)* Vice President of Shooting Federation on *(date)* October 11, 2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ Ø for travel and $ Ø for services, for a total of $ Ø.

I declare under penalty of perjury that this information is true.

Date: October 11, 2016

Harry Nigo Ojeda
*Server's signature*

[signature]
*Printed name and title*

Villa Carolina, Calle 91-92-41
*Server's address*
Carolina, P.R. 00985

Additional information regarding attempted service, etc: