# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSÉ A. CRUZ-KERKADO, *ET AL* <br><br> Plaintiffs <br><br> v. <br><br> COMMONWEALTH OF PUERTO RICO, *ET AL* <br><br> Defendants | CIVIL CASE NO. 16-2748 (ADC) |

## DEFENDANT PRSA'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

**TO THE HONORABLE COURT:**

Defendant Puerto Rico Shooting Association a/k/a *Federación de Tiro de Armas Cortas y Rifles de Puerto Rico* ("PRSA"), by counsel, and without submitting to this Court's jurisdiction, respectfully prays and states:

1. On September 29, 2016, Plaintiffs filed their Complaint against PRSA, the Commonwealth of Puerto Rico, the Puerto Rico Police Department, and the Puerto Rico Department of Leisure and Sports.

2. PRSA was served with the Complaint on October 11, 2016, and its responsive pleading is due by November 1, 2016.

**3.** PRSA requires additional time to analyze the allegations and prepare an answer or otherwise respond to the Complaint.

**WHEREFORE,** PRSA respectfully requests that this Honorable Court grant a 30-day extension of time, until December 1, 2016, for PRSA to answer or otherwise respond to the Complaint.

## CERTIFICATE OF SERVICE

It is hereby certified that today I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 31st day of October, 2016.

**MORELL, BAUZÁ,
CARTAGENA & DAPENA**
PO Box 13399
San Juan, Puerto Rico 00908
Tel. 787-723-1233; Fax. 787-723-8763

S/ Iván J. Lladó
USDC No. 302002
ivan.llado@mbcdlaw.com

S/Ramón E. Dapena
USDC No. 125005
ramon.dapena@mbcdlaw.com