IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE A. CRUZ KERKADO, et al.<br><br>Plaintiffs<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.<br><br>Defendants | CIVIL NO. 16-2748 (ADC) |

NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

**COME NOW**, defendants Commonwealth of Puerto Rico, Puerto Rico Police Department, and Puerto Rico Department of Leisure and Sports, through the undersigned attorney, and very respectfully state and pray as follows:

1. The above-referenced case has been assigned to the undersigned by the Department of Justice.

2. It is requested that all other involved parties take notice of the foregoing and that all future correspondence, including all of this Honorable Court's Orders, be addressed to the undersigned from this day forward.

**WHEREFORE**, it is respectfully requested from this Honorable Court to allow our appearance as attorney of record on behalf of the above-named codefendant in this case.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent an electronic copy to all attorneys to

their addresses of record.

    RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 1st day of November 2016.

                                      **CESAR MIRANDA RODRIGUEZ**
                                      Secretary of Justice

                                      **MARTA ELISA GONZALEZ Y.**
                                      Deputy Secretary
                                      In Charge of Litigation

                                      **WANDYMAR BURGOS VARGAS**
                                      U.S.D.C.-P.R. Bar No. 223502
                                      Director
                                      Federal Litigation Division
                                      wburgos@justicia.pr.gov

                                      *S/ Idza Diaz Rivera*
                                      **IDZA DIAZ RIVERA**
                                      U.S.D.C. NO. 223404
                                      Federal Litigation Division
                                      Department of Justice
                                      P.O. Box 9020192
                                      San Juan, P.R., 00902-0192.
                                      Tel. (787) 721-2900, Ext. 2606
                                      Fax (787) 723-9188
                                      idiaz@justicia.pr.gov