IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE A. CRUZ KERKADO, et al.<br><br>Plaintiffs<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.<br><br>Defendants | CIVIL NO. 16-2748 (ADC) |

MOTION FOR EXTENSION OF TIME
TO ANSWER COMPLAINT OR OTHERWISE PLEAD

TO THE HONORABLE COURT:

**COMES NOW**, defendants Commonwealth of Puerto Rico, Puerto Rico Police Department, and Puerto Rico Department of Leisure and Sports, without submitting to this Honorable Court's Jurisdiction, and through the undersigned attorney, respectfully alleges and prays as follows:

1. Appearing defendants were served summons, obtaining a copy of the Complaint.

2. The appearing defendants respectfully request an extension of forty (40) days, that is, until December 12th, 2016, to answer the Complaint or otherwise plead.

**WHEREFORE**, it is respectfully requested from this Honorable Court to allow our appearance as attorney of record on behalf of the above-named defendants in this case, and grant the appearing defendants until December 12th, 2016, to Answer the complaint or otherwise

1

plead.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent an electronic copy to all attorneys to their addresses of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 1st day of November 2016.

CESAR MIRANDA RODRIGUEZ
Secretary of Justice

MARTA ELISA GONZALEZ Y.
Deputy Secretary
In Charge of Civil Matters

WANDYMAR BURGOS VARGAS
U.S.D.C.-P.R. Bar No. 223502
Director
Federal Litigation Division
wburgos@justicia.pr.gov

*S/ Idza Diaz Rivera*
IDZA DIAZ RIVERA
U.S.D.C. NO. 223404
Federal Litigation Division
Department of Justice
P.O. Box 9020192
San Juan, P.R., 00902-0192.
Tel. (787) 721-2900, Ext. 2606
Fax (787) 723-9188
idiaz@justicia.pr.gov