

**FEDERACION DE TIRO DE ARMAS CORTAS
Y RIFLES DE PUERTO RICO**
P.O. Box 9020008, San Juan, PR  00902-0008
Tel. 787 722-7474  /  787 725-2503
Email: ftiropur@coqui.net

2 de noviembre de 2015

Sr. José Cruz Kercadó
Calle 4 KI
Sierra Linda
Bayamón, PR  00957

Estimados señor Cruz:

Recientemente usted nos solicitó una inspección de un club de tiro en la Carr.491 km 2.7 Bo. Naranjito sector  Plana del pueblo de Hatillo.  La primera inspección es una cortesía de la Federación, pues nosotros inspeccionamos clubes construidos pero en este caso lo hacemos para evitar gastos del proponente, si no vemos posibilidades de que en el lugar se pueda construir o como fue en su caso, explicarle lo que hacía falta.

He aquí los requisitos que hacen falta en su club:

1. Un permiso de construcción y eventualmente de uso de la OGP antes conocida por ARPE.
2. Paredes laterales y de fondo de la caceta.
3. Visera protectora de impactos.
4. Posiciones de tiro con sus protectores laterales.
5. El piso de la caseta y tarjetero.
6. Los tarjeteros,
7. Timbre para avisar que se va al frente
8. Mesa de mando.
9. Los baños.
10. Limpieza del Para Balas para ver si hay casas o estructuras visibles.
11. Rótulos de seguridad.
12. Seguro de responsabilidad pública.
13. Luz y agua.

En su caso hemos ido tres veces a ver el sitio, entre ellos fue La Sra. Dialma Ortiz y el Sr. Rubén Arroyo del Departamento de Recreación y Deportes, El Vicepresidente de la Federación, Sr. Gilberto Hernández, el Delegado de Pistola Sr. Dennis Joel Hernández, el Presidente de Jueces, Sr. Antonio Delgado y el suscribiente que lleve a su empleado (Reinaldo Rey) a que me enseñara el sitio.

Todos ellos han concurrido que después que se limpien las áreas de Para Balas y cumplan con todo lo que hemos señalado es un buen sitio.

En fin tienen lo que parece un buen sitio pero no hay los elementos necesarios para aprobar un club de tiro, por lo tanto no podemos otorgar el aval a dicho club pues para nosotros y creo que para usted, la seguridad de los hombres, mujeres y niños que van a los clubes es lo más importante.

Reinaldo Irizarry Rodríguez
PRESIDENTE