Estado Libre Asociado de Puerto Rico



# *CERTIFICACIÓN*

*Certificamos que el (la)*   **"PUERTO RICO TACTICAL SHOOTING ASSOCIATION, INC."**

*Número*   **01982**

*Cumplió con los requisitos del proceso de acreditación del*

*Departamento de Recreación y Deportes,*

*Ley Núm. 8 del 8 de enero de 2004*

*conocida como la Ley Orgánica del D.R.D.*

*Esta Certificación es válida*

*Desde   26   de   mayo   de   2015*

*Hasta   31   de   mayo   de   2016*

*Dado en San Juan, Puerto Rico*

*Hoy   26   de   mayo   de   2015*

_____
Director
Instituto Puertorriqueño para el Desarrollo
del Deporte y la Recreacion.
*Cualquier alteración o borradura cancela esta Certificación.

Estado Libre Asociado de Puerto Rico
GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE RECREACIÓN Y DEPORTES



*Instituto Puertorriqueño para el Desarrollo del Deporte y la Recreación*

## Solicitud de Acreditación

☑ Nueva               ☐ Renovación          Número Acreditación _____

Lea cuidadosamente y llene toda la información solicitada en letra de molde o maquinilla.

**Organización:** *P.R. Tactical Shooting Association, INC* **e-mail:** *INFo@cursostacticas.com*

**Dirección Postal:** 50-1 Calle 24, urb. Santa Rosa

Bayamon, PR 00959

**Presidente:** Pedro A. Emmanuelli        **e-mail:** kangiroman@gmail.com

**Dirección Postal:** 50-1 Calle 24, urb. Santa Rosa

Bayamon, PR 0095

**Teléfonos:** 939-336-2123          **Fax:**

**Persona Contacto:** Pedro Emmanuelli       **Tel.:** 787-607-2482

**Fecha de última elección:** 5/15/2015   **Años de vigencia:** Vitalicia
*MES/DIA/AÑO*

Yo, **Pedro A. Emmanuelli** ,representante de la organización aquí descrita, reconozco
(Representante Autorizado)

y me comprometo a cumplir con todos los reglamentos del Departamento de Recreación y Deportes amparados

en la Ley 8 del 8 de enero de 2004, Ley Orgánica del Departamento de Recreación y Deportes.

Además, certifico que toda la información suministrada al Instituto Puertorriqueño para el Desarrollo del Deporte y la
Recreación es correcta.

_____        5/18/2015
Firma                  Fecha

IPDDER-01
Rev. agosto/11

**COPY**

# Puerto Rico Tactical Shooting Association



De: José Kercado oficial de control PMI
A: Oficina de Recreación y Deportes


Por este medio les envió la información de la directiva de nuestra asociación de tiro táctico.


**Oficial de Control:** José Kercado
Calle 4 k1 Sierra Linda Bayamón PR 00957
787-549-6534

**Director de actividades:** Pedro A. Emmanuelli
50-1Calle 24, urb. Santa Rosa Bayamón, PR 00959
787-607-2482

**Tesorero:** Carlos J. Quiñones
Calle Dominica J-56 Altos de Torrimar, Bayamon, 00959
787-903-6960

**CRSO:** Omar J. Claudio-Llopiz
Calle hermanda 109int Cataño P.R. 00962
787-664-3368

**Representante de los miembros:** Jose J. Rebollo Cruz
Calle E #1105 barriada Juana Matos Cataño P.R. 00962
787-363-0030


**José Kercado**

**Fecha: 25 de mayo 2015**



4 de febrero 2016

**De: Pedro A. Emmanuelli Director PRTSA y CRSO: Omar J. Claudio-Llopiz**

**A: Departamento de Recreación y Deportes, Instituto Puertorriqueño para el Desarrollo del Deporte y Recreación**

Hola y saludo esta carta es para pedir explicación escrita, ya que uno de nuestros miembros en el día de ayer fue a solicitar su licencia de tiro la cual fue denegada por razones que desconocemos,

Nuestra organización fue acreditada por el Instituto Puertorriqueño para el Desarrollo del Deporte y Recreación dejándonos llevar por **Ley Núm. 8 de 8 de Enero de 2004 Ley Orgánica del Departamento de Recreación y Deportes, siguiendo** todos los procedimientos y requisitos de ley.

Entendemos que el denegar estas licencias sin notificación previa es una violación de ley y podría ser discriminatoria, es por esto que pedimos aclaración antes de pedir ayuda al tribunal.

Para cualquier duda y/o pregunta  787-664-3368

Director de actividades: Pedro A. Emmanuelli

CRSO: Omar J. Claudio-Llopiz

**Puerto Rico Tactical Shooting Association**