PUERTO RICO SHOOTING ASSOCIATION, INC.
FEDERACION DE TIRO DE ARMAS CORTAS Y RIFLES DE PUERTO RICO
NOTAS A LOS ESTADOS FINANCIEROS
30 DE SEPTIEMBRE DE 2005

Nota 1. ORGANIZACIÓN Y RESUMEN DE LAS POLITICAS DE CONTABILIDAD

A. La Puerto Rico Shooting Association, Inc., es una corporación sin fines de lucro debidamente registrada bajo las leyes del Estado Libre Asociado de Puerto Rico en el Departamento de Estado bajo el registro número 8427. El propósito de la misma es fomentar el deporte del tiro en Puerto Rico. La misma está afiliada al Comité Olímpico de Puerto Rico y se conoce como Federación de Tiro de Armas Cortas y Rifles de Puerto Rico. La misma se encuentra en "good standing" a la fecha de este estado.

B. Los estados financieros que aquí se presentan están presentados bajo el método de recibido y pagado.

C. Toda compra de equipo que se pueda considerar activo fijo está siendo registrado como gasto en el momento del pago, ya que esta es una corporación sin fines de lucro y afiliada a una institución gubernamental como lo es el Comité Olímpico de Puerto Rico. Pero a la vez se recomienda que se lleve un registro de todo aquel equipo que por su costo y vida útil se pueda considerar como un activo fijo.

D Los ingresos de la Puerto Rico Shooting Association, Inc., provienen principalmente de dos (2) fuentes que son venta de sellos, afiliación a los diferentes clubes de tiro de la PRSA y de las aportaciones del Comité Olímpico de Puerto Rico, Albergue Olímpico, Departamento de Recreación y Deportes.