ESTADO LIBRE ASOCIADO DE PUERTO RICO

17ma. Asamblea  
Legislativa

6ta. Sesión  
Ordinaria

## CÁMARA DE REPRESENTANTES

# P. de la C. 2637

10 DE SEPTIEMBRE DE 2015

Presentado por el representante *Navarro Suárez*

Referido a las Comisones de Seguridad Públicas y Para el Desarrollo de Iniciativas Contra el Crimen y la Corrupción; y de Transportación, Infraestructura y de Recreación y Deportes

## LEY

Para enmendar el Artículo 2.02. y añadir un inciso (I) de la Ley Núm. 404 del 11 de septiembre de 2000, efectiva el 1 de marzo de 2001, conocida como la Nueva Ley de Armas de Puerto Rico, según enmendada incluyendo las enmiendas de las Leyes Número 27 y Número 274 de 2002.

### EXPOSICIÓN DE MOTIVOS

El pueblo de Puerto Rico es uno extremadamente aficionado a los deportes, sobre todo, aquellos deportes conocidos como "Olímpicos". No se trata de una actividad aislada, si no de todo lo contrario, siempre está en juego el orgullo que nuestros conciudadanos sienten por sus deportistas, sus triunfos y fracasos sin importar la modalidad de deporte que se practique. El deporte tiene un sitial muy especial en nuestra población.

Entre los 28 deportes reconocidos y corroborados por el Pleno de la Asamblea del Comité Internacional Olímpico realizada en el mes de Julio de 2005 en Singapur está el del Tiro Deportivo, mejor conocido como Tiro al Blanco. Este deporte se remonta a la primera Olimpiada moderna realizada en el año 1896 en Atenas, Grecia. Fue uno de los primeros cinco (5) deportes incorporados al Programa Olímpico.

2

Puerto Rico ha tenido destacadas actuaciones en este deporte en Juegos Centroamericanos y del Caribe, Juegos Panamericanos, Olimpiadas, Campeonatos y Copas Mundiales e infinidad de Campeonatos de nivel internacional.
Estos logros se han obtenido a pesar de lo restrictivo de la práctica del deporte de Tiro Deportivo, pues se trata del único deporte que en Puerto Rico se requiere una Licencia para incursionar en el mismo.

Estamos muy conscientes del porqué de las restricciones, son acertadas, pues se trata de la práctica de un deporte con armas de fuego. Por ello no tenemos problema alguno de que esté debidamente reglamentado por la Ley de Armas de Puerto Rico.

Debido a todos los procesos burocráticos que enfrentan los posibles candidatos para incursionar en la práctica del Tiro Deportivo constantemente estamos perdiendo prospectos. Toda institución deportiva conoce de antemano que cuando surge un posible candidato o prospecto hay que tomarle la palabra o aprovechar su entusiasmo al momento. Si dicha persona no tiene la oportunidad de tomar un guante, un bate, un balón o implemento deportivo en el momento que siente el deseo de entrar al contorno, es posible que nunca lo haga. En lo concerniente al Tiro Deportivo las probabilidades son ínfimas debido a lo antes expuesto. Tenemos urgencia de ampliar nuestra base o banco de talentos, pero la Ley actual no nos lo permite.

Entendiendo que todo problema debe tener alguna solución razonable proponemos lo siguiente: La Federación de Tiro de Armas Cortas y Rifles de Puerto Rico, afiliada al Comité Olímpico de Puerto Rico, tiene sus facilidades de entrenamiento ubicadas en el Albergue Olímpico Germán Rieckehoff Sampayo en Salinas, P.R.

El Albergue Olímpico, propiedad del Fideicomiso Olímpico, fue concebido como un centro de adiestramiento deportivo. En su recinto, que comprende más de 1,000 cuerdas de terreno, ubican múltiples instalaciones para la práctica y el adiestramiento del deporte, incluyendo los Polígonos de Tiro Deportivo, además de Escuela Técnico Deportiva adscrita al Departamento de Educación de Puerto Rico. Sus instalaciones son usadas para celebrar campamentos de niños, adolescentes, adultos e impedidos, seminarios y otras actividades didácticas por instituciones públicas y privadas de enseñanza universitaria, escuelas públicas y colegios privados y agencias gubernamentales.

Es justificable, ante el gran servicio que ofrecen las instalaciones del Albergue Olímpico y la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico para el bienestar general del pueblo de Puerto Rico y en especial para el desarrollo de nuestros tiradores olímpicos, que se exima de la necesidad de tener una Licencia de Armas, conocida como Licencia de Tiro al Blanco, a toda persona que interese desarrollarse, exclusivamente, en alguna de las modalidades de tiro olímpico, siempre y cuando dicha persona sea mayor de doce (12) años y esté acompañada de un entrenador debidamente

certificado por la federación. Esto permitirá ampliar la tan necesaria base de talentos disponibles para la práctica del Tiro Deportivo o Tiro al Blanco. Dichas personas solamente podrán utilizar la exención en las facilidades de tiro enclavadas en el Albergue Olímpico y solamente bajo la supervisión de entrenadores debidamente certificados, teniendo estos la responsabilidad de velar por que se cumplan todas las reglas y/o reglamentos de seguridad existentes.

Las armas a utilizarse no podrán ser propiedad de las personas eximidas para la práctica del deporte de Tiro Deportivo Olímpico. Dichas armas serán provistas por tiradores bonafide debidamente licenciados para la práctica del deporte o por la propia federación.

La federación y/o sus representantes, entrenadores, velarán porque las personas a quienes se le extiende el beneficio de la exoneración no representen peligro alguno para la sociedad y de que estos no tengan antecedentes penales. Esto se hará mediante la presentación de un certificado negativo de antecedentes penales y no encontrase acusado y pendiente o en proceso, de juicio por algunos de los delitos enumerados en el Artículo 2.11 de esta Ley, emitido y certificado por la Policía de Puerto Rico.

Para lograr la efectividad de esta dispensa también se facultará para que la Federación de Tiro pueda adquirir y registrar a su nombre armas estrictamente identificadas para las modalidades de tiro olímpico. Esa también ha sido una limitación que ha tenido el deporte. En muchas ocasiones se descubren talentos, pero por falta de recursos económicos estos no pueden continuar en el Tiro Deportivo. <u>Al concedérsele facultad a la federación para poder adquirir armas y/o municiones se les está haciendo justicia</u> a aquellas personas que tienen los méritos y/o los valores para ser acreedores de la utilización de un arma o municiones provistas por la federación. Esa es una práctica utilizada mundialmente, pero en Puerto Rico no se ha podido implantar debido a las limitaciones que impone la Ley de Armas. El resultado ha sido que muchos otros países han tomado la delantera en el deporte. La mayoría de los países NO requieren licencia y permiten que las federaciones nacionales puedan adquirir y facilitar el uso de estas armas en sus polígonos.

*DECRÉTASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

1   Artículo 1.-Se enmienda el Artículo 2.02 de la Ley Núm. 404 del 11 de septiembre

2   de 2000, efectiva el 1 de marzo de 2001, conocida como la Nueva Ley de Armas de

3   Puerto Rico, según enmendada incluyendo las enmiendas de las Leyes Número 27 y

4   Número 274 de 2002 a los fines de añadir un nuevo inciso (I):

1         *"Artículo 2.02.-inciso (I) Licencia de Armas*

2         *Salvedades: Se autoriza a la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico para que esta pueda adiestrar y/o entrenar candidatos mayores de doce (12) años de edad a la representación de Puerto Rico en eventos locales y/o internacionales de tiro de modalidades olímpicas exclusivamente en sus facilidades de entrenamientos ubicadas en el Albergue Olímpico en el Municipio de Salinas, sin que para dichos entrenamientos sea necesario que las personas así designadas por la federación sean portadores o tengan una Licencia de Tiro al Blanco..Toda persona designada por la Federación de Tiro deberá presentar un certificado negativo de antecedentes penales y no encontrase acusado y pendiente o en proceso, de juicio por algunos de los delitos enumerados en el Artículo 2.11 de esta Ley, emitido y certificado por la Policía de Puerto Rico. El certificado negativo de antecedentes penales no podrá tener más de treinta (30) días de emitido y/o certificado por la Policía de Puerto Rico.*

        (1)   *Las armas a utilizarse no podrán ser propiedad de las personas dispensadas para la práctica del deporte de Tiro Deportivo Olímpico. Dichas armas serán provistas por tiradores bonafide debidamente licenciados para la práctica del deporte o por la propia federación.*

        (2)   *Se faculta a la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico a adquirir, comprar, vender, donar, traspasar, ceder, tener, poseer, custodiar, y conducir armas de fuego, municiones y cualquier accesorio pendiente, en sus facilidades para la práctica de Tiro Deportivo de modalidad olímpica en el Albergue Olímpico en Salinas; disponiéndose:*

5

1       (3)   *que las armas de fuego sólo se podrán donar, vender, traspasar a personas*
2             *que posean licencia de armas o de armero.*

3       (4)   *Se autoriza a la Federación de Tiro de Armas Cortas y Rifles para que*
4             *personal debidamente capacitado y, designado por la misma, pueda*
5             *transportar armas y/o municiones para ser utilizados por tiradores*
6             *bonafide participantes de su programa de entrenamientos y desarrollo de*
7             *talentos a eventos locales y/o internacionales.*

8   **Artículo 2.-Esta Ley entrará en vigor inmediatamente después de su aprobación.**