


**FEDERACION DE TIRO DE ARMAS CORTAS Y RIFLES
DE PUERTO RICO**

P.O. Box 9020008, San Juan, Puerto Rico 00902-0008
Tel. (787) 722-7474 • Fax (787) 725-2503
E-mail: ftiropur@coqui.net / Webpage: home.coqui.net/ftiropur



15 de octubre de 2009

Hon. Héctor A. Torres Calderón
Presidente
Comisión de Seguridad Pública y
Asuntos de la Judicatura
Cámara de Representantes
El Capitolio, San Juan, PR

Re: <u>**Memorial en Oposición al P. de la C. 2030**</u>

Estimado Representante Torres Calderón y demás miembros:

Mi nombre es Reinaldo Irizarry Rodríguez Presidente de la Federación de Tiro de Armas Cortas y Rifles de Puerto Rico, Nuestra Federación es una organización sin fines de lucro <u>fundadora del Comité Olímpico de Puerto Rico, afiliada a la Federación Internacional de Tiro, la Confederación Centroamericana de Tiro y a la National Rifle Association of America.</u>

Nuestra Federación ha dirigido el Deporte de Tiro al Blanco en término de rifles y pistolas por más de 50 años, cumpliendo con los reglamentos del Departamento de Recreación y Deportes, el Comité Olímpico de Puerto Rico y con la Ley 404 conocida como Ley de Armas.

Tenemos 30 clubes y unos 60,000 deportistas afiliados, somos parte de la Escuela Especializada en Deportes del Albergue Olímpico en Salinas, donde los estudiantes reciben la enseñanza desde el séptimo grado hasta el cuarto año de escuela superior y a la vez practican el deporte de tiro en Armas Neumáticas. También tenemos un grupo de tiradores sobre silla de ruedas y recientemente en las olimpiadas en esta categoría, nos dio la primera medalla olímpica la atleta Srta. Nilda Gómez.

<u>Entendemos que se nos ha visto como una entidad responsable al extremo que la Ley 404 nos encomendó a través de los clubes certificar a todo ciudadano que obtenga una licencia de armas mediante un curso de uso y manejo responsable de armas de fuego.</u> Entendemos que hemos logrado concientizar a nuestra gente de tal manera que vean las armas como instrumentos deportivos. El haber cumplido con todas las leyes y reglamentos gubernamentales sin nunca haber recibido un señalamiento en medio siglo de historia es garantía para seguir con la confianza que se nos ha otorgado para desarrollar atletas y buenos ciudadanos.

Entendemos que el manto que nos da el movimiento olímpico para desarrollar deportistas tanto a nivel competitivo así como de entretenimiento, le da una garantía al gobierno de que el ciudadano va a ser y seguirá siendo decente. No obstante, reconocemos que hay ciudadanos que tienen licencia de armas y que no les interesa el deporte pero

entendemos que es garantía para aquellos que dirigen la cosa pública, que los que poseen una licencia de armas con permiso de tiro al blanco y que tienen derecho mediante el apellido de deportistas a tener más de dos armas, se garanticen con los principios olímpicos, principios que llena la expectativa de todos y nos permite formarlos y aun más desarrollarlos. Estos últimos son de nuestra responsabilidad y nos esforzamos para que cumplan con todos los preceptos de la ley.

Por los argumentos antes expresados y porque entendemos que tanto la Policía de Puerto Rico, el Departamento de Recreación y Deportes y todos los presidentes de nuestros clubes, tienen una sólida confianza en nuestras dos Federaciones, entendemos que fragmentar nuestro deporte que es uno de carácter sumamente responsable y donde el estado requiere conductas intachables y que los que dirigen sean personas serias y honestas, nos oponemos y solicitamos se notifique un informe negativo y el archivo de la medida **P. de la C. 2030**.

Cordialmente,

Agrim. Reinaldo Irizarry Rodríguez
PRESIDENTE