ESTADO LIBRE ASOCIADO DE PUERTO RICO

16 ta Asamblea            3 ra Sesión
Legislativa            Ordinaria

## CÁMARA DE REPRESENTANTES

15 DE ENERO DE 2009

Informe NEGATIVO sobre el

# P. de la C. 1162

**A LA CÁMARA DE REPRESENTANTES**

Vuestra **Comisión de lo Jurídico y de Ética**, previo estudio y consideración al efecto del Proyecto de la Cámara 1162, no recomienda la aprobación de la medida.

### ALCANCE DE LA MEDIDA

El Proyecto de la Cámara 1162 pretende enmendar el Artículo 7.01 de la Ley Núm. 404 de 11 de septiembre de 2000, según enmendada, conocida como la "Ley de Armas de Puerto Rico" para establecer que toda arma de fuego y municiones que sean utilizadas para la caza en Puerto Rico, tienen que estar avalados por el Departamento de Recursos Naturales.

Surge de la Exposición de Motivos de la presente medida que en Puerto Rico existen 68,779 personas con licencias de armas y tiro al blanco, 38 armerías registradas, 36 campos de tiro al blanco y se realizan transacciones en promedio de unas 27,000 armas de fuego todos los años. La Ley de Armas de Puerto Rico no dispone un proceso de verificación o fiscalización del consumo de municiones. Debido a esto, se estima que en los últimos 10 años se han vendido legalmente unas 37 millones de balas sin que se tenga una constancia oficial de cómo se consumieron ni una sola de ellas.

El año 2005 es el primer año en nuestra historia que por primera vez se registró las transacciones electrónicas de venta de armas y municiones. Estos datos reflejan que en el año 2005 se vendieron legalmente en la isla 3,366,078 balas a la población civil, sin

contar las municiones de los organismos de seguridad pública. En los primeros siete meses del año 2006 se han vendido 2,526,801 balas un incremento de 1,028,171 balas en comparación con los primeros siete meses del 2005 que reflejó la venta de 1,498,630 municiones.

La Federación de Tiro de Puerto Rico afiliada al Comité olímpico certificó que no existe ningún evento olímpico, panamericano, centroamericano o regional avalado por el Comité Olímpico en que utilicen armas de asalto o alto poder como lo son los AR-15, AK-47 o Calibre 50. La Federación de Tiro con Escopeta nos certificó que no realizan ni participan en ningún evento en el cual se utilicen armas de asalto o alto poder y mucho menos municiones con capacidad de perforar chalecos a prueba de balas.

Hay una incongruencia preocupante entre el número de municiones vendidas y la cantidad de personas que practican deportes con este tipo de municiones. Según el Presidente de la Federación de Tiro existen unas 20 personas que participan activamente en competencias de carácter recreacional auspiciadas por el NRA (National Rifle Association) en las cuales se utilizan armas de alto poder o asalto. Los participantes de estos eventos deportivos aproximadamente utilizan 10,000 balas al año y sólo hay alrededor de 20 personas certificadas por el Comité Olímpico de Puerto Rico. Por esta razón estaremos incorporando un límite adecuado y suficiente para la práctica de eventos deportivos y de caza, ya que nuestro propósito es salvaguardar el derecho de cada una de estas personas y todos los ciudadanos en general.

Por otra parte, el Departamento de Recursos Naturales certificó que bajo la Ley de Caza y el Reglamento Núm. 6765 sobre las Normas de la Cacería no está autorizado la utilización de armas de fuego de asalto o de alto poder y sólo se permite la utilización de escopetas con cartuchos para la caza de aves acuáticas. En Isla de Mona, solamente se puede utilizar arco y flecha.

Es imperante añadir a esta legislación un límite en las municiones que se utilizan tanto para eventos deportivos como para la caza en Puerto Rico. Esto porque según el Registro Electrónico de la Policía de Puerto Rico las municiones que están en controversia de alto poder y armas de asalto calibre 223, 7.62, 50 y las 5.7 x 28 se venden legalmente en la Isla. Entre enero de 2005 a julio de 2006 se vendieron más de 700,000 balas de estos calibres durante ese periodo de tiempo.

## ANÁLISIS DE LA MEDIDA

Luego de un análisis de la medida ante nos, La Comisión de lo Jurídico y de Ética de la Cámara de Representantes de Puerto Rico determina que no es necesaria su aprobación.

La Ley Núm. 241 del 15 de agosto de 1999, según enmendada, conocida como Ley de Vida Silvestre de 1999 se creo para, entre otros asuntos, dar mayor poder al Secretario de Recursos Naturales y Ambientales para reglamentar con mayor rigor la otorgación de licencias de caza y la revocación o suspensión de las mismas por infracciones a las disposiciones expuestas en esta Ley o sus reglamentos.

Siguiendo estos propósitos, el Artículo 6 de la referida Ley Núm. 241, dispone lo siguiente:

> "Los siguientes actos serán considerados ilegales y sujetos a ser penalizados de la manera que más adelante se dispone en esta Ley:
>
> a) ...
> ...
> v) Cazar con cualquier arma que no sea autorizada por esta ley o mediante permiso otorgado por el Secretario o el utilizar municiones que estén prohibidas por reglamento."

Como podemos apreciar, lo que pretende el P. de la C. 1162 ya es un asunto legislado por una ley especial, siendo la misma la Ley Núm. 241, *supra*, y haciendo de esta medida una completamente innecesaria.

## CONCLUSIÓN

Por todos los fundamentos antes expuestos, y luego de tomar en consideración los comentarios vertidos, vuestra **Comisión de lo Jurídico y de Ética**, no recomienda la aprobación del P. de la C. 1162.

Respetuosamente sometido,


**Hon. Liza M. Fernández Rodríguez**
*Presidenta*
**Comisión de lo Jurídico y de Ética**