17ma ASAMBLEA 3ra SESION
LEGISLATIVA ORDINARIA

Ley Núm. 146-2014

(P. de la C. 1866)
(Conferencia)

(Aprobada en 26 de ago de 2014)

# LEY

Para enmendar el Artículo 5.12 de la Ley Núm. 404-2000, según enmendada, conocida como "Ley de Armas de Puerto Rico", a los fines de establecer que <u>las aerolíneas comerciales</u> que vuelen a Puerto Rico deberán <u>notificar a la Policía</u> de Puerto Rico cuando un pasajero importe a nuestro País armas de fuego o municiones; y para otros fines.

## EXPOSICIÓN DE MOTIVOS

Las violaciones a la Ley Núm. 404-2000, según enmendada, conocida como "Ley de Armas de Puerto Rico", resultan ser una de las infracciones que con más frecuencia se cometen en Puerto Rico. La posesión y tenencia de armas de fuego en violación a lo dispuesto en la Ley de Armas, es uno de los problemas latentes y de mayor preocupación entre las autoridades gubernamentales y la ciudadanía en general. Siempre se ha planteado que un gran número de los delitos de violencia que se reportan en Puerto Rico tienen relación directa con armas de fuego ilegales, en particular los casos de asesinato y de trasiego ilegal de sustancias controladas. Ello se manifiesta diariamente a través de todos los medios noticiosos del país.

Es de conocimiento general que existe un gran número de personas que poseen armas ilegalmente. Incluso se estima que en un año existen alrededor de cincuenta mil (50,000) armas de fuego clandestinas, y se confisca sólo una ínfima cantidad de éstas. Y en lo que compete a la cantidad de armas ilegales que existen en Puerto Rico, a lo largo de varios años la Cámara de Representantes ha emprendido acciones legislativas para estudiar dicha problemática, específicamente desde la perspectiva de las armas ilegales que han sido traídas a nuestro País desde otras jurisdicciones.

La transportación de estas armas a nuestra jurisdicción puede ocurrir a través de distintos mecanismos, lo cual incluye el transporte mediante líneas aéreas comerciales. Han sido motivo de discusión pública los procesos que llevan a cabo las aerolíneas para proveer información a la Policía de Puerto Rico sobre la entrada de armas a nuestro País. <u>Como parte de esa discusión se ha mencionado que una persona puede transportar un arma de fuego a otro estado o territorio de los Estados Unidos, siempre y cuando lo declare ante la aerolínea.</u> Los requisitos para dicha transportación son en esencia sencillos. Las aerolíneas requieren que las armas de fuego que sean transportadas vayan en la zona de equipaje, a la cual no tienen acceso los pasajeros del avión; que esté descargada; y que se encuentre en una caja con seguro, entre otros requisitos mínimos. No obstante, es necesario adoptar pasos adicionales que aseguren

que las aerolíneas proveerán información detallada de toda arma de fuego que un pasajero traiga a Puerto Rico.

La seguridad del país es de vital importancia para garantizar la calidad de vida de nuestros hermanos puertorriqueños. No hay duda que la utilización de armas de fuego ilegales en la comisión de delitos en Puerto Rico constituye un atentado contra la seguridad del Estado y de sus ciudadanos. Ante esta realidad, esta Asamblea Legislativa en el ejercicio de sus funciones considera necesario y pertinente como medida de seguridad, establecer que las aerolíneas comerciales que vuelan a Puerto Rico tengan la obligación, por ley, de notificar a la Policía cuando un pasajero traiga un arma de fuego. Estableciendo esta política pública damos un paso más en la lucha contra el crimen y avanzamos en la dirección correcta.

DECRÉTASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:

Artículo 1.-Para enmendar el Artículo 5.12 de la Ley Núm. 404-2000, mejor conocida como "La Ley de Armas de Puerto Rico", para que lea como sigue:

"Artículo 5.12 - Notificación por Porteador, Almacenista o Depositario de Recibo de Armas; Penalidades:

Todo porteador marítimo, aéreo o terrestre, y todo almacenista o depositario que a sabiendas reciba armas de fuego, accesorios o partes de éstas o municiones para entrega en Puerto Rico, no entregará dicha mercancía al consignatario hasta que éste le muestre su licencia de armas o de armero. Después de cinco (5) días laborables de la entrega, el porteador, almacenista o depositario notificará al Superintendente, dirigiendo la notificación personalmente o por correo certificado con acuse de recibo, el nombre, dirección y número de licencia del consignatario y el número de armas de fuego o municiones, incluyendo el calibre, entregadas, así como cualquier otra información que requiera el Superintendente mediante reglamento. Deberá, además, toda aerolínea comercial, que vuele a Puerto Rico y que haya recibido armas de fuego y/o municiones de parte de un pasajero para transportarlas a nuestro País como parte de su equipaje, notificar a la Policía de Puerto Rico sobre este importe, al momento que se le vaya a entregar dicha arma de fuego y/o municiones al pasajero. La línea aérea suministrará a la Policía el nombre del pasajero, dirección, teléfono y demás información de contacto, además de la cantidad, tipo, calibre y datos de registro de las armas y/o municiones que éste transporte al País. La Policía utilizará la información suministrada para corroborar que dicho transporte cumple con las leyes y reglamentos aplicables en Puerto Rico. Esta notificación se hará de conformidad a la reglamentación que la Policía de Puerto Rico adopte para hacer cumplir los términos de esta Ley.

3

..."

Artículo 2.-Se faculta al Superintendente de la Policía de Puerto Rico para que en un término de noventa (90) días adopte la reglamentación necesaria a los fines de hacer cumplir el propósito de esta Ley.

Artículo 3.-Vigencia

Esta ley comenzará a regir inmediatamente después de su aprobación.

**DEPARTAMENTO DE ESTADO**
Certificaciones, Reglamentos, Registro
de Notarios y Venta de Leyes
Certifico que es copia fiel y exacta del original
Fecha: 3 de septiembre de 2014

Firma: _____

Francisco J. Rodríguez Bernier
Secretario Auxiliar de Servicios
