

Estado Libre Asociado de Puerto Rico

# Departamento de Estado

El siguiente formulario es utilizado para generar una búsqueda en el Registro Electrónico de los Reglamentos registrados en el Departamento de Estado. La búsqueda puede ser realizada por el Número del Reglamento, parte del título del reglamento o por la agencia a la cual pertenece

| Número | Título | Agencia |
|---|---|---|
| 6201 | | Policía de Puerto Rico |
| | | Buscar |

Su búsqueda localizó 1 reglamento

| Número | Título | Agencia | Fecha | Status | |
|---|---|---|---|---|---|
| 6201 | Reglamento del Proceso para Autorizar a Personas Naturales y Jurídicas a Ofrecer Cursos de Adiestramiento en el Uso y Manejo de Armas de Fuego y Municiones. | Policía de Puerto Rico | 02-Oct-2000 | Activo | Español English |

Departamento de Estado
San Juan, Puerto Rico

Tel. (787) 722-2121

PO Box 9023271
San Juan, Puerto Rico 00902