Núm. _____ 6201 _____

Fecha: _____ 2 de octubre de 2000

Aprobado: Angel L. Morey
              Secretario de Estado

Por: _____
        Secretario Auxiliar de Servicios

INDICE

Página

GOBIERNO DE PUERTO RICO
POLICIA DE PUERTO RICO

REGLAMENTO DEL PROCESO PARA AUTORIZAR A
PERSONAS NATURALES Y JURIDICAS A OFRECER
CURSOS DE ADIESTRAMIENTO EN EL USO Y
MANEJO DE ARMAS DE FUEGO Y MUNICIONES

Núm. ____ 6201

Fecha: ____ 2 de octubre de 2000

Aprobado: Angel L. Morey
     Secretario de Estado

Por: _____
   Secretario Auxiliar de Servicios

# I N D I C E

| | | | *Página* |
|---|---|---|---|
| Artículo | 1. | Base Legal | 1 |
| Artículo | 2. | Exposición de Motivos | 1 |
| Artículo | 3. | Propósito | 2 |
| Artículo | 4. | Aplicabilidad | 2 |
| Artículo | 5. | Definiciones | 2 |
| Artículo | 6. | Comité de Evaluación | 5 |
| Artículo | 7. | Requisitos para Obtener Licencia o Permiso para Ofrecer el Curso de Uso y Manejo de Armas de Fuego | 5 |
| Artículo | 8. | Denegatoria o Cancelación | 8 |
| Artículo | 9. | Medidas de Protección y Seguridad | 9 |
| Artículo | 10. | Requisitos para Obtener Certificación como Instructor | 13 |
| Artículo | 11. | Vigencia, Renovación y Denegación de la Certificación | 16 |
| Artículo | 12. | Requisitos para Tomar Adiestramiento en Uso y Manejo de Armas de Fuego para Ciudadanos que Soliciten Licencia de Tener y Poseer Armas de Fuego | 17 |

**Indice**
**Continuación**

Artículo    13.    Querellas ........................................    21

Artículo    14.    Multas y Penalidades ...........................    22

Artículo    15.    Reconsideración ................................    22

Artículo    16.    Revisión Judicial ...............................    23

Artículo    17.    Cláusula de Separabilidad ......................    23

Artículo    18.    Derogación ......................................    24

Artículo    19.    Vigencia ........................................    24



REGLAMENTO DEL PROCESO PARA AUTORIZAR A PERSONAS
NATURALES Y JURIDICAS A OFRECER CURSOS DE ADIESTRAMIENTO
EN EL USO Y MANEJO DE ARMAS DE FUEGO Y MUNICIONES

Artículo    1.    Base Legal

A.    Ley Núm. 53 de 10 de junio de 1996, según enmendada, conocida como "Ley de la Policía de Puerto Rico de 1996".

B.    Ley Núm. 17 de 19 de enero de 1951, según enmendada, conocida como "Ley de Armas de Puerto Rico".

C.    Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como "Ley de Procedimiento Administrativo Uniforme para el Estado Libre Asociado de Puerto Rico".

D.    Ley Núm. 75 de 13 de junio de 1953, según enmendada, conocida como "Ley de Tiro al Blanco de Puerto Rico".

Artículo    2.    Exposición de Motivos

La Ley Núm. 17 de 19 de enero de 1951, según enmendada, conocida como "Ley de Armas de Puerto Rico", reglamenta el uso y manejo de armas de fuego en Puerto Rico y establece de forma adecuada controles más eficaces para reducir al máximo la posibilidad del uso y tráfico ilegal de armas de fuego y municiones en Puerto Rico.

Es menester crear un mecanismo legal que obstaculice y castigue a los violadores de la Ley de Armas de Puerto Rico y que a la misma vez, se entrene y capacite a la ciudadanía en general que desee obtener un arma de fuego para defender su derecho a convivir en paz y tranquilidad.

2

Artículo      3.      Propósito

El propósito de este Reglamento es establecer las normas y procedimientos para la administración e implantación efectiva de los requisitos sobre la obtención de una certificación o permiso para operar las entidades que ofrecerán cursos o adiestramientos en el uso y manejo de armas de fuego, y para las personas que desean dedicarse a ofrecer sus servicios como instructores en el Uso y Manejo de Armas de Fuego, conforme al Artículo 18 de la Ley de Armas de Puerto Rico, según enmendada.

Artículo      4.      Aplicabilidad

Este Reglamento aplica a toda persona, organización o institución que solicite y cumpla con los requisitos establecidos por el Superintendente de la Policía de Puerto Rico para dedicarse a ofrecer cursos o adiestramientos en el uso y manejo de armas de fuego y municiones, así como a todos los funcionarios y oficiales del Gobierno de Puerto Rico, que sean requeridos por la Ley o por delegación del Superintendente a intervenir en la concesión y fiscalización de tales licencias.

Artículo      5.      Definiciones

A.      Para   efectos de este Reglamento los siguientes términos tienen el significado que se indica a continuación:

1)      Administrador - Secretario de Recreación y Deportes de Puerto Rico.

2)      Armas de Fuego - Cualquier arma, no importa cual sea el nombre por el cual se le conozca, capaz de lanzar una munición o municiones por la acción de la expansión de gases o cualquier otro instrumento

3

o arma en la cual la fuerza propulsora de la munición o municiones sea un muelle.

3)  Club de Tiro - Lugar donde se practica el deporte de tiro al blanco.

4)  Comerciante de Armas - Cualquier persona que por sí o por medio de sus agentes o empleados compre o introduzca para la venta, venda, cambie, permute, ofrezca en venta o exponga a la venta, o tenga a la venta en su establecimiento comercial o en cualquier otro sitio, pistolas, revólveres o cualesquiera armas de fuego o municiones.

5)  Comité - Comité que estará compuesto por tres (3) personas empleados de la Agencia.

6)  Escopeta - Arma de fuego de cañón largo con uno o más cañones para ser disparada desde el hombro, la cual puede disparar cartuchos de uno o más proyectiles. Puede ser alimentada manualmente o por abastecedor o receptáculo removible y puede disparar manual, automática o semi-automáticamente.

7)  Funcionarios y Oficiales - Persona autorizada por la Ley o por delegación del Superintendente a realizar investigaciones criminales, administrativas y de seguridad.

8)  Instructor - Persona debidamente capacitada y certificada que estará autorizada por el Superintendente a ofrecer un curso o adiestramiento en uso y manejo de armas de fuego.

9) Municiones - Cualquier bala, cartucho, proyectil, perdigón o cualquier carga que se le ponga o pueda ponerse en un arma para ser disparada.

    a) Bala - envase de metal de forma cilíndrica y está compuesto de un proyectil, un casquillo, un detonador o fulminante y pólvora.

    b) Cartucho - envase de plástico o cartón endurecido, de forma cilíndrica y está compuesto por uno o más proyectiles, un casquillo, un detonador o fulminante y pólvora.

10) Persona - Persona natural o jurídica, sociedad o corporación, pero cualquier licencia solicitada en beneficio de tales personas jurídicas sólo prodrá ser concedida a nombre de un oficial o empleado específico de tales personas jurídicas, siempre que tal oficial o empleado reúna los requisitos necesarios.

11) Pistola - Arma de fuego que no tiene cilindro, la cual se carga manualmente o por un abastecedor, con un mecanismo de disparo - tiro "close bolt"- no diseñado para ser disparado del hombro, capaz de ser disparada en forma semiautomática solamente

12) Policía - Cuerpo de la Policía de Puerto Rico.

13) Reglas de Seguridad - Normas o guías establecidas para evitar accidentes. Se aplican en diferentes circunstancias. La regla más efectiva es aplicar el buen sentido común. Un arma de fuego es un

5

instrumento seguro, siempre y cuando se le dé el uso y mantenimiento adecuado.

14) Revólver - Arma de fuego que contenga un cilindro giratorio con varias cámaras que con la acción de apretar el gatillo o montar el martillo del arma se van alineando con el cañón poniendo la bala en posición de ser disparada.

15) Secretario - Secretario de Hacienda de Puerto Rico.

16) Superintendente - El Superintendente de la Policía o su representante autorizado.

Artículo    6.    Comité de Evaluación

Estará compuesto por tres (3) personas nombradas por el Superintendente. El Superintendente Auxiliar en Servicios al Ciudadano formará parte y presidirá el mismo.

El Comité podrá enmendar este Reglamento cuando así lo entienda necesario.

Artículo    7.    Requisitos para Obtener Licencia o Permiso Para Ofrecer el Curso de Uso y Manejo de Armas de Fuego

A.    Ninguna persona, club u organización que se dedique a la práctica de Tiro al Blanco, podrá ofrecer cursos de entrenamiento de Uso y Manejo de Armas de Fuego, requerido por el Artículo 18 de la Ley Núm 17 de 19 de enero de 1951, según enmendada, conocida como "Ley de Armas de Puerto Rico", si no posee previamente la licencia expedida por el Superintendente para esta actividad.

6

B.   Toda persona que solicite licencia para ofrecer los cursos de uso y manejo de armas de fuego en Clubes de Tiro al Blanco bajo su propiedad, dominio o control deberá llenar, jurar y suscribir ante notario público una solicitud y acompañarla con un comprobante de Rentas Internas por valor de $100.00 y remitir la solicitud al Superintendente para evaluación a través del Director de la Superintendencia Auxiliar en Servicios al Ciudadano, quien será su representante autorizado.

C.   Toda persona, club u organización que se dedique o desee dedicarse a ofrecer en sus facilidades los cursos o adiestramientos en uso y manejo de armas de fuego deberá cumplir con los requisitos que exige el Administrador para expedir licencias para Organizaciones de Tiro al Blanco; éstos son los siguientes:

1)   Radicar, en la Superintendencia Auxiliar en Servicios al Ciudadano, una solicitud por el presidente y secretario del club u organización dedicada al Deporte de Tiro al Blanco y la licencia que se expida al efecto, permitirá la práctica del deporte solamente en el sitio o sitios autorizados para ello por el Administrador. Todo club u organización que se dedique o quiera dedicarse al Deporte de Tiro al Blanco suministrará en su solicitud de licencia los datos que a continuación se expresan:

a)   Nombre del club u organización

b)   Localización del polígono

7

c)  Facilidades con que cuenta al momento de la solicitud para la
    práctica de deporte.

d)  Una lista, por duplicado, de los nombres de todos los
    directores, oficiales y socios, incluyendo sus direcciones
    postales y residenciales, edad, nacionalidad y ocupación.

e)  Certificación de inscripción del Departamento de Estado de
    Puerto Rico.

f)  Giro o cheque por valor de $15.00 por pago de cuota a
    pagarse  por un año o fracción del Año Económico del 1ro. de
    julio al 30 de junio.

g)  Una certificación de membresía de una Asociación o
    Federación de Tiro.

D.  Cada organismo y/o institución deberá radicar ante el Superintendente antes
    del vencimiento de la licencia, con por lo menos 30 días de anticipación, una
    solicitud para que se le conceda la renovación de su licencia para ofrecer
    cursos de uso y manejo de armas de fuego, e incluir con la solicitud de
    renovación   comprobante de Rentas Internas por valor de $100.00 por un
    año de vigencia.

E.  Todo club u organización deberá someter copia vigente de la póliza de
    responsabilidad pública que posee para el local, según requerido por el
    Artículo 9, Inciso F. de este Reglamento.

8

F.   Todo club u organización deberá someter copia vigente de la licencia expedida por el Departamento de Recreación y Deportes para dedicarse a la práctica del Deporte de Tiro al Blanco.

Artículo   8.   Denegatoria o Cancelación

A.   El Superintendente podrá cancelar la licencia o denegar la solicitud de licencia a cualquier club u organización que :

1)   No ofrece, a su juicio, las facilidades necesarias para ofrecer el curso de uso y manejo de armas de fuego.

2)   No ofrece las medidas mínimas de seguridad pública.

3)   Deje de pagar los derechos correspondientes.

4)   No cumpla con cualesquiera de las obligaciones y deberes que se le imponen en este Reglamento y en otras leyes aplicables.

5)   Se le haya cancelado la licencia del club u organización de Tiro al Blanco por el Administrador.

B.   El Superintendente podrá cancelar la licencia o denegar la solicitud de la licencia a cualquier instructor certificado que:

1)   No cumpla con cualesquiera de las obligaciones o deberes que se le imponen en este Reglamento u otros estatutos aplicables.

2)   Se le haya cancelado o denegado la Licencia de Tiro al Blanco.

3)   Cometa fraude en la expedición de la certificación del curso en el uso y manejo de armas de fuego.

Artículo     9.     Medidas de Protección y Seguridad

A.   Todo local que sea utilizado para dedicarse al ofrecimiento de los cursos o adiestramientos y que tenga un área para la venta de armas de fuego y municiones, o almacén de armas de fuego para facilitar a los participantes de los cursos, deberá cumplir con los requisitos establecidos en los reglamentos que emita el Secretario de Hacienda de Puerto Rico para los comerciantes en armas de fuego y municiones en lo que respecta a las medidas de control y seguridad.

B.   El lugar donde se ofrezca el adiestramiento deberá tener un área destinada con un salón de clase, el cual deberá estar fuera de la cancha de tiro. En el mismo se ofrecerán las conferencias y se repartirá el material educativo necesario para el ofrecimiento del adiestramiento que tomarán las personas en cuanto al uso y manejo de armas de fuego.

C.   El instructor que ofrezca el adiestramiento deberá acreditar ante el dueño, director o administrador de las facilidades donde se ofrezcan los adiestramientos, que está debidamente certificado por el Superintendente para ofrecer el adiestramiento de uso y manejo de armas de fuego.

D.   La licencia o certificado que expida el Superintendente deberá estar en un lugar visible en el club de tiro u organización dedicada al Deporte de Tiro al Blanco, y que pueda ser fácilmente corroborado por los funcionarios y visitantes.

E.   El instructor tendrá por cada seis ( 6 ) participantes, un ayudante en la fase práctica del curso. Los ayudantes de los instructores deberán conocer o estar familiarizados con el uso y manejo de armas de fuego y deberán tener Licencia de Tiro al Blanco vigente.

F.   Se requiere que las facilidades donde se ofrecerán los adiestramientos posean un seguro de responsabilidad pública para responder por los daños que se le puedan ocasionar a los participantes o a terceros. La póliza de seguro será por los límites mínimos de $50,000 por participante y $100,000 cuando sean varias causas de acción.

G.   Adquisición, Registro y Custodia de las Armas a Utilizarse en los Adiestramientos

   1)   Los clubes u organizaciones que se dediquen a ofrecer adiestramientos en uso y manejo de armas de fuego, podrán adquirir y registrar las armas y municiones a utilizarse en dichos cursos a nombre del club u organización.

   2)   La solicitud la harán en el formulario que a esos fines prepare el Superintendente. Deberá estar firmada y jurada por el presidente y secretario del club u organización. Ambos deberán tener vigente la Licencia de Tiro al Blanco.

   3)   La cantidad de armas a adquirirse estarán limitadas a las mínimas necesarias de acuerdo a los tipos de armas a utilizarse en los cursos

11

de entrenamiento y a las posiciones disponibles en la cancha de tiro, siempre y cuando no excedan de veinte posiciones.

4) Para la seguridad y custodia de las armas deberán cumplir con lo establecido por el Reglamento 14 del Departamento de Hacienda para los Traficantes de Armas de Fuego y Municiones.

5) La custodia y responsabilidad de estas armas recaerá sobre el presidente y secretario del club u organización quién deberá poseer licencia de tiro al blanco vigente.

H. Uso y Manejo de las Armas de Fuego por los Participantes en los Adiestramientos

1) Los participantes que se matriculen en el adiestramiento de uso y manejo de armas de fuego podrán utilizar las armas que le provea el instructor, club u organización de tiro, según lo dispuesto en este Reglamento, o usando el arma que hayan adquirido mediante cesión o compra, en una armería.

2) El traslado del arma de la armería al club de tiro u organización y/o viceversa, se hará complementando el Formulario 4473 que provee la Agencia Federal "ATF" sobre salida y regreso de un arma de fuego a una armería. Dicha transacción se deberá registrar por el armero en el libro que para tales fines deberá tener la armería.

12

3)   Se podrá utilizar en el adiestramiento aquella arma de fuego que posea el participante en virtud de una Licencia de Tiro al Blanco, Tener y Poseer o Portación.

a)   Los participantes que deseen usar armas de fuego para el adiestramiento según lo antes expresado, excepto los que tienen Licencias de Tiro al Blanco vigente, deberán obtener un permiso del Comandante del Distrito o Precinto Policíaco donde residen, para transportar dicha arma desde la armería al Club de Tiro y viceversa.

b)   Dicho permiso o autorización se hará constar en el formulario PPR-131 "Autorización para Traslado de Arma".

c)   Si el arma de fuego a ser utilizada en el adiestramiento se encontrare en el Depósito de Armas de la Policía el permiso para el traslado lo concederá la persona a cargo de dicho Depósito o su representante autorizado.

d)   Si el arma de fuego a utilizarse es la que provee el comerciante en armas de fuego o la que provee el Encargado del Depósito de Armas de la Policía, dicha arma se regresará el mismo día que se retiró.

I.   Las personas que estén debidamente autorizadas por el Superintendente para ofrecer el Adiestramiento en el Uso y Manejo de Armas de Fuego, según se dispone en este Reglamento, podrán

13

utilizar para dichos cursos las armas que tengan registradas en su licencia vigente de Tiro al Blanco. Podrán, además, comprar municiones con la Licencia de Tiro al Blanco para ofrecer dichos cursos.

Artículo    10.    Requisitos para Obtener Certificación como Instructor

A.    Ser mayor de 21 años de edad.

B.    Certificado Negativo de Antecedentes Penales.

C.    Ciudadano americano o residencia  americana.

E.    Licencia de Tiro al Blanco Vigente.

F.    Tener por lo menos cinco ( 5 ) años de experiencia como tirador bonafide, certificado por una Asociación o Federación de Tiro de Puerto Rico.

G.    Haber tomado adiestramiento como instructor en el uso y manejo de armas de fuego ofrecido por instituciones reconocidas a nivel nacional en este campo, como lo son:

1)    Asociaciones o Federaciones de Tiro adscritas al Comité Olímpico de Puerto Rico.

2)    Ser o haber sido parte de:

a)    Fuerzas Armadas de los Estados Unidos.

b)    Policía de Puerto Rico.

c)    Agencias Federales de "Law Enforcement".

3)    Cualquier otra que cumpla con los requisitos de este Reglamento.

14

H.   El Superintendente podrá dispensar del examen que más adelante se requiere a aquellos instructores que acrediten en forma fehaciente haber tomado cursos ofrecidos por cualquiera de las anteriores instituciones, siempre y cuando que el contenido de tales cursos sea tanto en su contenido práctico como teórico de igual o mayor contenido que el siguiente:

Primera Parte:

1)   Base Legal:

a)   Ley de Armas de Puerto Rico

| | | | |
|---|---|---|---|
| (1) | Artículo 2 | (10) | Artículo 15 |
| (2) | Artículo 2A | (11) | Artículo 16 |
| (3) | Artículo 2B | (12) | Artículo 17 |
| (4) | Artículo 3A | (13) | Artículo 18 |
| (5) | Artículo 5A | (14) | Artículo 19 |
| (6) | Artículo 6A | (15) | Artículo 26 |
| (7) | Artículo 7 | (16) | Artículo 29 |
| (8) | Artículo 8 | (17) | Artículo 32 |
| (9) | Artículo 10 | (18) | Artículo 44 |

b)   Ley de Tiro al Blanco

c)   Reglamento de Tiro al Blanco

d)   Código Civil

Artículo 1802

15

e)  Código Penal

Artículo 22 - "Legítima Defensa"

f)  Decisiones del Tribunal

2)  Fase Teórica Uso y Manejo Armas de Fuego

a)  Seguridad

(1)  Hogar

(2)  Vehículo

(3)  Factores de Accidente

Segunda Parte:

1)  Fase Teórica de Uso y Manejo de Armas de Fuego

a)  Funcionamiento

(1)  Revólver

(2)  Pistola

(3)  Escopeta

b)  Balística

Tipos de Municiones

c)  Fundamentos de Tiro

2)  Práctica

a)  Práctica en seco

b)  Práctica con Balas

c)  Mantenimiento

3)  Evaluación y Críticas

16

3)    Evaluación y Críticas

I.    Los instructores que hayan recibido adiestramientos en las instituciones mencionadas en el Inciso G. de este Artículo deberán haber tomado clases sobre las nociones fundamentales en cuanto al cuido y manejo de las armas de fuego, así como las medidas de seguridad y control.

J.    Tomar y aprobar un examen que incluirá una parte teórica sobre:

1)    Reglas de Seguridad

2)    Uso y Manejo de Armas de Fuego

3)    Custodia, Protección y Mantenimiento de un arma

4)    Disposiciones de la Ley de Armas de Puerto Rico

5)    Artículo 1802 Código Civil de Puerto Rico

6)    Disposiciones del Código Penal de Puerto Rico relativas a la defensa propia, Artículo 22.

Artículo    11.    Vigencia, Renovación y Denegación de la Certificación

A.    La Certificación tendrá vigencia de tres ( 3 ) años.

B.    La Certificación podrá renovarse radicando una solicitud de renovación y acompañándola con un Comprobante de Rentas Internas por valor de $100.00 y los requisitos antes mencionados.

C.    El Superintendente podrá denegar la Certificación de Instructor a cualquier persona que no cumpla con los requisitos antes expresados y/o con los deberes y requisitos que establezcan otras leyes y reglamentos.

17

Artículo    12.    Requisitos para Tomar Adiestramiento en Uso y Manejo de Armas de Fuego para Ciudadanos que Soliciten Licencia de Tener y Poseer Armas de Fuego

A.    Haber cumplido 21 años.

B.    Obtener recomendación favorable en la investigación sobre conducta y reputación realizada por la Policía de Puerto Rico, evidenciada por certificación escrita que expida el Agente.

C.    El adiestramiento constará de tres ( 3 ) partes:

    1)    Base Legal

        a)    Ley de Armas de Puerto Rico

| | | | |
|---|---|---|---|
| (1) | Artículo 2 | (10) | Artículo 15 |
| (2) | Artículo 2A | (11) | Artículo 16 |
| (3) | Artículo 2B | (12) | Artículo 17 |
| (4) | Artículo 3A | (13) | Artículo 18 |
| (5) | Artículo 5A | (14) | Artículo 19 |
| (6) | Artículo 6A | (15) | Artículo 26 |
| (7) | Artículo 7 | (16) | Artículo 29 |
| (8) | Artículo 8 | (17) | Artículo 35 |
| (9) | Artículo 10 | (18) | Artículo 44 |

        b)    Ley de Tiro al Blanco

        c)    Reglamento de Tiro al Blanco

18

    d)      Código Civil

                Artículo 1802

    e)      Código Penal

                Artículo 22 - "Legítima Defensa"

    f)      Decisiones del Tribunal

2)    Fase Teórica Uso y Manejo

    a)      Seguridad

        (1)    Dónde y cómo mantener el arma de fuego en el hogar.

        (2)    Las siguientes medidas mínimas deben ser enfatizadas:

            (a)    Guardar el arma en un lugar seguro, descargada y bajo llave.

            (b)    No dejar el arma en lugares accesibles a otras personas.

            (c)    Nunca disparar en terrenos rocosos, superficies duras, en el agua, al aire.

        (3)    Transportación del Arma

        (4)    Factores de Accidentes

           Los siguientes factores de accidentes deben ser cubiertos:

            (a)    Arma Cargada

                    Suponer siempre que el arma está cargada.

19

(b)   Dedo en el Gatillo

No existe fuerza interna en el arma que la dispare por sí sola. Lo correcto es mantener el dedo índice fuera del gatillo.

(c)   Dedo Presionando el Gatillo

Al hacer contacto con el gatillo hay la posibilidad de presionarlo. No existe fuerza interna en el arma que haga trabajar el gatillo. El arma se dispara si se ejerce una presión; de 6 a 12 libras en acción doble y 2 ½ libras en acción sencilla.

(d)   Apuntar

Es el acto final, voluntario o involuntario, de orientar el arma hacia personas u objetos.

b)   Partes y Funcionamiento del Arma de Fuego

(1)   Nomenclatura

(2)   Función de las partes esenciales

(3)   Definición e identificación de las partes

(4)   Uso de cada parte

(5)   Cargue y descargue del arma

20

c) Tipo de Municiones

Composición de las balas

d) Fundamentos de Tiro

(1) Posición

Es el balance y el peso del cuerpo repartido en ambas piernas. El tirador debe sentirse cómodo o relajado.

(2) Agarre del Arma

Habilidad del tirador para sostener el arma con una o las dos manos firme y uniforme.

(3) Alineación de las Miras

Relación que existe entre la mira delantera (cresta, prominencia ) y la mira trasera.

(4) Control de la Respiración

Habilidad del tirador para controlar el oxígeno en el cuerpo.

(5) Control del Gatillo

Habilidad del tirador para ejercer presión con la almohadilla de la tercera falange del dedo índice en forma de arco hasta lograr por sorpresa la caída del martillo.

21

    3)    Práctica

        a)    Práctica en seco

        b)    Práctica con bala

        c)    Mantenimiento del arma

D.    Duración del Adiestramiento

El adiestramiento tendrá una duración mínima de veinticuatro ( 24 ) horas cubriendo tanto el aspecto teórico como el práctico.

E.    Matrícula

La matrícula máxima por adiestramiento es de veinte ( 20 ) personas, o el máximo de posiciones disponibles en la línea de tiro siempre y cuando ésta no exceda de veinte ( 20 ).

F.    Ofrecimiento del Adiestramiento

Este adiestramiento lo ofrecerá un instructor de tiro debidamente certificado por el Superintendente.

Artículo    13.    Querellas

Las violaciones a las disposiciones de este Reglamento podrán ser notificadas al Superintendente y las mismas se investigarán conforme al procedimiento establecido bajo el Capítulo III, secciones 3.1 a 3.18 de la Ley 170 de 12 de agosto de 1988, según enmendada, conocida como "Ley de Procedimiento Administrativo Uniforme para el Estado Libre Asociado de Puerto Rico".



22

Artículo    14.    Multas y Penalidades

Violaciones a las disposiciones de este Reglamento constituirán delito menos grave y estarán sujetas, además, a la imposición de multas administrativas hasta un máximo de $10,000.

Artículo    15.    Reconsideración

A.    La parte adversamente afectada por una resolución u orden parcial o final emitida por cualquiera de los funcionarios mencionados en este Reglamento podrá, dentro del término de veinte (20) días desde la fecha de archivo en autos de la notificación de la resolución u orden, presentar una moción de reconsideración de la resolución u orden ante el Comité.

B.    El Comité, dentro de los quince (15) días de haberse presentado dicha moción deberá considerarla. Si la rechazare de plano o no actuare dentro de los quince (15) días, el término para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren esos quince (15) días, según sea el caso.

C.    Si el Comité tomare alguna determinación en su consideración, el término para solicitar revisión empezará a contarse desde la fecha en que se archiva en autos una copia de la notificación de la resolución del Comité resolviendo definitivamente la moción cuya resolución deberá ser emitida y archivada en autos dentro de los noventa (90) días siguientes a la radicación de la moción.

23

D.    Si el Comité dejara de tomar alguna acción con relación a la moción de reconsideración dentro de los noventa (90) días de haber sido radicada una moción acogida para resolución, perderá jurisdicción sobre la misma y el término para solicitar reconsideración o revisión judicial empezará a contarse a partir de la fecha de expiración de dicho término de noventa (90) días salvo que el Tribunal, por justa causa, autorice al Comité una prórroga para resolver, por un tiempo razonable.

E.    La moción de reconsideración será jurisdiccional para poder solicitar la revisión judicial.

Artículo    16.    Revisión Judicial

Una parte adversamente afectada por una orden o resolución final del Comité y que haya agotado todos los remedios provistos en este Reglamento podrá presentar un recurso de revisión judicial dentro de treinta (30) días contados a partir de la fecha del archivo en autos de la copia de la notificación de la orden o resolución final del Comité. Una parte notificará la presentación de la solicitud de revisión al Comité y a todas las partes dentro del término para solicitar dicha revisión. La notificación podrá hacerse por correo.

Artículo    17.    Cláusula de Separabilidad

Si cualesquiera de las disposiciones de este Reglamento fuere declarada inconstitucional o ilegal por un tribunal de justicia, tal declaración no afectará, menoscabará o invalidará las restantes disposiciones o partes del mismo.

24

Artículo     18.     Derogación

Este Reglamento deroga cualquier comunicación verbal o escrita o partes de las mismas que entren en conflicto con éste.

Artículo     19.     Vigencia

Este Reglamento comenzará a regir treinta (30) días después de su aprobación y radicación en el Departamento de Estado.

En San Juan, Puerto Rico a  *2. de Octubre de 2000* .

Fecha de aprobación:

Fecha de Vigencia:          Treinta (30) días después de su aprobación y radicación en el Departamento de Estado.

Ledo. Pedro A. Toledo
Superintendente