IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSÉ A. CRUZ-KERKADO, *ET AL* <br><br> Plaintiffs <br><br> v. <br><br> COMMONWEALTH OF PUERTO RICO, *ET AL* <br><br> Defendants | CIVIL CASE NO. 16-2748 (ADC) |

**DEFENDANT PRSA'S MOTION FOR LEAVE TO FILE REPLY
AND FOR BRIEF EXTENSION OF TIME TO FILE REPLY**

**TO THE HONORABLE COURT:**

Defendant Puerto Rico Shooting Association a/k/a *Federación de Tiro de Armas Cortas y Rifles de Puerto Rico* ("PRSA"), by counsel, and without submitting to this Court's jurisdiction, respectfully prays and states:

1. On December 12, 2016, Plaintiffs filed their Opposition to PRSA's Motion to Dismiss. (Docket No. 20).

2. In its brief, Plaintiff raises arguments, and even facts, not included in the complaint. A reply is therefore warranted.

**3.** The reply, if allowed by the Court, would be due December 19, 2016. However, PRSA requires a brief extension of time (4 days) to provide a response to these arguments and factual issues.

**WHEREFORE,** PRSA respectfully requests that this Honorable Court allow PRSA to file a Reply to Plaintiffs' Opposition and that it grant a 4-day extension of time, until December 23, 2016, for PRSA to file this brief.

## CERTIFICATE OF SERVICE

It is hereby certified that today I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 19th day of December, 2016.

**MORELL, BAUZÁ, CARTAGENA & DAPENA**
PO Box 13399
San Juan, Puerto Rico 00908
Tel. 787-723-1233; Fax. 787-723-8763

S/Ramón Dapena
USDC No. 125005
ramon.dapena@mbcdlaw.com

S/German Brau
USDC No. 202805
german.brau@mbcdlaw.com

S/ Iván Lladó
USDC No. 302002
ivan.llado@mbcdlaw.com