## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Jose A. Cruz-Kerkado, *et al.*<br>*Plaintiffs*<br>v.<br>Commonwealth of Puerto Rico, *et al.*<br>*Defendants* | CIVIL ACTION<br><br>Case No 3:16-cv-2748<br>Constitutional Rights |

### Opposition to Commonwealth's Motion for Joinder
### to Co-defendant's Motion to Strike (Dkt.36)

**To the Honorable Court:**

**COMES NOW**, the Plaintiff by and through the undersigned counsel and respectfully allege, pray and request as follows:

The Commonwealth filed another "Motion for Joinder" to PRSA's Motion to Strike (Dt. 36).

The Commonwealth of Puerto Rico again shows its colors by attempting to piggyback on its "symbiotic" relationship with the government backed PRSA. Plaintiffs, however, brought the PRSA to the case, because it is an indispensably party whose economic interest is at risk and its endorsement of both individual shooting permit applicants and gun-clubs are required by the law. On the other hand, the Commonwealth was properly included because it enforces a law, which includes a few restrictions that unjustifiably infringes upon plaintiffs' Second Amendment right.

With multiple defendants, opposing forces and adversarial opinions, plaintiffs ask the Court deny and strike defendant's Motion to Strike (Dkt.36) and Motion for Joinder (Dkt. 38), now.

**WHEREFORE**, for the reasons set forth herein, the plaintiff move the Court to deny defendant's Motion to Strike (Dkt.36) and defendant's Motion for Joinder (Dkt.38).

In San Juan, Puerto Rico, this 3rd. Day of February 2017.

Respectfully submitted,

/S/ Humberto Cobo-Estrella, Esq.
Humberto Cobo-Estrella, Esq.
**USDC-PR230108**
PO Box 366451
San Juan, Puerto Rico 00936-6451
Tel. (787) 200-2715 Email: hcobo@hcounsel.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 3, 2017, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

<u>/S/ Humberto Cobo-Estrella, Esq.</u>
*Attorney for the Plaintiffs*