IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE A. CRUZ KERKADO, et al.<br><br>Plaintiffs<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.<br><br>Defendants | CIVIL NO. 16-2748 (ADC) |

MOTION FOR BRIEF EXTENSION OF TIME
TO ANSWER COMPLAINT

TO THE HONORABLE COURT:

**COME NOW**, defendants Commonwealth of Puerto Rico, Puerto Rico Police Department, and Puerto Rico Department of Leisure and Sports, without submitting to this Honorable Court's Jurisdiction, and through the undersigned attorney, respectfully alleges and prays as follows:

1.  The Honorable Court granted until this date for defendants to file an Answer to the Amended Complaint and to file their motions under Fed.R.Civ.P. 12(b).

2.  On this date, the appearing defendants filed their Motion under Fed.R.Civ.P. 12(b).

3.  The appearing defendants are currently working on the Answer to the Amended Complaint, but request a brief extension of time of one (1) day to file said Answer.

**WHEREFORE**, it is respectfully requested from this Honorable Court to grant a brief

1

extension of one (1) day to file their Answer to the Amended Complaint.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent an electronic copy to all attorneys to their addresses of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 15th day of March 2017.

> WANDA VÁZQUEZ GARCED
> Secretary of Justice
>
> WANDYMAR BURGOS VARGAS
> Acting Deputy Secretary
> In Charge of Litigation
>
> SUSANA PEÑAGARICANO BROWN
> Acting Director
> Federal Litigation Division
> Department of Justice
> spenagaricano@justicia.pr.gov
>
> *S/ Idza Diaz Rivera*
> IDZA DIAZ RIVERA
> U.S.D.C. NO. 223404
> Federal Litigation Division
> Department of Justice
> P.O. Box 9020192
> San Juan, P.R., 00902-0192.
> Tel. (787) 721-2900, Ext. 2647
> Fax (787) 723-9188
> idiaz@justicia.pr.gov