IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSÉ A. CRUZ-KERKADO, *ET AL*<br><br>Plaintiffs<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO (BY WAY OF THE PUERTO RICO DEPARTMENT OF JUSTICE a/k/a DEPARTAMENTO DE JUSTICIA, *ET AL*<br><br>Defendants | CIVIL NO. 16-2748 (ADC) |

**PRSA'S MOTION FOR LEAVE TO FILE
REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS**

**TO THE HONORABLE COURT:**

Defendant Puerto Rico Shooting Association ("PRSA") a/k/a Federación de Tiro de Armas Cortas y Rifles de Puerto Rico, by counsel, respectfully prays and states:

1. On March 29, 2017, Plaintiffs filed an Opposition Brief regarding PRSA's Motion to Dismiss. (Docket No. 55).

2. Plaintiffs, once again, rely on allegations not included in the Amended Complaint.

3. Plaintiffs also raise new arguments, which warrant a reply from PRSA. *See* Local Rule 7(c). Plaintiffs have attached their proposed Reply Brief. *See* Exhibit 1.

**WHEREFORE**, Defendant PRSA requests that the Court grant leave for PRSA to file a Reply Brief in support of its Motion to Dismiss.

RESPECTFULLY SUBMITTED.

**I hereby certify** that today I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.
      In San Juan, Puerto Rico, this 5th day of April, 2017.

1

**MORELL, BAUZÁ,
CARTAGENA & DAPENA**
PO Box 13399
San Juan, PR 00908
Tel.  787-723-1233
Fax. 787-723-8763

*/s/ German J. Brau*
German J. Brau
USDC PR No. 202805
Email: german.brau@mbcdlaw.com

*/s/ Ramón E. Dapena*
Ramón E. Dapena
USDC PR No. 125005
Email: ramon.dapena@mbcdlaw.com

*/s/ Iván J. Lladó*
Iván J. Llado
USDC PR No. 302002
Email: ivan.llado@mbcdlaw.com

*Counsel for Defendant Puerto Rico Shooting Association a/k/a Federación de Tiro de Armas Cortas y Rifles de Puerto Rico*