UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE A. CRUZ KERKADO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COMMONWWEALTH OF PUERTO RICO, et al.<br><br>Defendants. | CIVIL NO. 16-2748 (ADC) |

**MOTION JOINING PRSA'S MOTION TO DENY OR, IN THE ALTERNATIVE, HOLD IN ABEYANCE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (DKT NO. 63) PENDING A RULING ON PRSA'S MOTIONS TO DISMISS (DKT NO. 50)**

**TO THE HONORABLE COURT:**

COME NOW, defendants Commonwealth of Puerto Rico, Puerto Rico Police Department, and Puerto Rico Department of Leisure and Sports, without waiving neither any of their allegations in their Motion to Dismiss or any affirmative defense, and through the undersigned attorney, respectfully alleges and prays as follows:

1. On November 3rd, 2017, codefendant PRSA filed a Motion to deny or, in the alternative, hold in abeyance Plaintiffs' motion for summary judgment pending a ruling on PRSA's Motion to Dismiss.

2. The appearing defendants join PRSA's motion inasmuch as the appearing defendants have also joined said motion to dismiss, including arguments on their behalf.

1

WHEREFORE, appearing codefendants, respectfully request and pray this Honorable Court that Plaintiffs' Motion for Summary Judgment be denied or held in abeyance pending Defendants' Motion to Dismiss.

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court, who will send notification of such filing to the parties subscribing to the CM/ECF System.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 8th day of November, 2017.

| | |
|---|---|
| **WANDA VÁZQUEZ-GARCED**<br>Secretary of Justice<br><br>**WANDYMAR BURGOS-VARGAS**<br>Deputy Secretary in Charge of Litigation<br><br>**SUSANA PEÑAGARÍCANO-BROWN**<br>Director of Federal Litigation and<br>Bankruptcy Division | *S/ Idza Díaz Rivera*<br>**IDZA DÍAZ RIVERA**<br>USDC No. 223404<br>Department of Justice of Puerto Rico<br>Federal Litigation Division<br>P.O. Box 9020192<br>San Juan, Puerto Rico 00902-0192<br>Phone: 787-721-2900 Ext. 2647<br>Fax: 787-723-9188<br>Email: diazrivera.esq@gmail.com |