## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSÉ A. CRUZ-KERKADO, *ET AL* | |
| Plaintiffs | CIVIL NO. 16-2748 (ADC) |
| v. | |
| COMMONWEALTH OF PUERTO RICO (BY WAY OF THE PUERTO RICO DEPARTMENT OF JUSTICE a/k/a DEPARTAMENTO DE JUSTICIA, *ET AL* | |
| Defendants | |

## <u>MOTION TO WITHDRAW AS COUNSEL FOR PRSA</u>

**TO THE HONORABLE COURT:**

Comes the undersigned attorney and respectfully states:

1. The undersigned attorney has appeared in this case on behalf of the Puerto Rico Shooting Association ("PRSA") a/k/a Federación de Tiro de Armas Cortas y Rifles de Puerto Rico, together with other attorneys of the Morell Bauza Cartagena & Dapena law firm ("MBCD").

2. At this time, several of the members of MBCD, including the undersigned, have left to form a different legal firm. The undersigned accordingly requests that he be allowed to withdraw as counsel of record.

3. Defendant PRSA will continue to be represented by Mrs. Ramon Dapena and Iván Lladó, who are attorneys of record in this case.

1

**WHEREFORE,** the undersigned respectfully prays that he be permitted to withdraw as counsel of record for PRSA.

**RESPECTFULLY SUBMITTED**.

**CERTIFICATE OF SERVICE**

It is hereby certified that today I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 11th day of January, 2018.

> **MORELL, BAUZÁ,**
> **CARTAGENA & DAPENA**
> PO Box 13399
> San Juan, PR 00908
> Tel.  787-723-1233
> Fax. 787-723-8763
>
> _/s/ German J. Brau_
> German J. Brau
> USDC PR No. 202805
> Email: german.brau@mbcdlaw.com

2