## hcobo@hcounsel.com

| | |
|---|---|
| **From:** | hcobo@hcounsel.com |
| **Sent:** | Tuesday, December 12, 2017 6:24 PM |
| **To:** | 'german.brau@mbcdlaw.com' |
| **Subject:** | Joe Cruz-Kerkado v. Commonwealth of Puerto Rico / Civil No. 16-2748 |
| **Importance:** | High |

Counsel German J. Brau,

As you are aware, I represent the plaintiff in the above reference case. I have discussed the case with my client, and as you may recall, we amended the complaint in compliance with the Court Order to that effect, and did away with any request for monetary compensation from the PRSA, thus limiting the scope of relief sought, to a Declaratory Judgment. While there are multiple motions still pending before the Court, including your client's dispositive motion and plaintiff's Motion for Summary Judgment, I would like to discuss with you a way to find a mutually agreeable solution to the case, thru settlement discussions, which may allow the case to continue without further delay. Could your client agree to grant Mr. Kerkado's facility a certificate for a probationary period, thus allowing him to continue the licensing process with the Commonwealth, in exchange for a voluntary dismissal against the PRSA, with your client's consent? If not, what alternatives does your client propose? Kindly give me a call to discuss the case, I am available tomorrow at (787) 529-7140

Regards,

**Humberto Cobo-Estrella,** *Esq.*
**COBO-ESTRELLA LAW OFFICE**
*Civil Trial Attorneys*
Tel. (787) 529-7140  Email **hcobo@hcounsel.com**
**WEB HCOUNSEL.COM | WWW.COBOLAW.COM**



**Confidentiality Note:** This message is a PRIVILEGED and CONFIDENTIAL communication. This electronic transmission (e-mail) and any files attached transmitted may contain information which is legally privileged and/or confidential, intended only for the use of the above-mentioned recipient(s) and covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication and the taking of any actions in reliance on its contents is strictly prohibited. If you have received this communication inadvertently by error, please immediately notify the sender by reply e-mail and delete all copies from your systems. The unlawful use of this information will be prosecuted to the fullest extent of the applicable laws.

hcobo@hcounsel.com

| | |
|---|---|
| **From:** | hcobo@hcounsel.com |
| **Sent:** | Tuesday, December 19, 2017 9:16 AM |
| **To:** | 'ramon.dapena@mbcdlaw.com' |
| **Cc:** | 'german.brau@mbcdlaw.com' |
| **Subject:** | Civil No. 16-2748 Cruz-Kerkado v. Commonwealth of Puerto Rico |
| **Importance:** | High |

Counsel Dapena,

As you are aware, the original Complaint for the above referenced case sought compensation from the PRSA. With Court's permission, the Complaint was later amended and this relief was voluntarily *withdrawn* by the plaintiffs. Now there is no monetary compensation sought from the PRSA. The only relief sought is a Declaratory Judgment against the Commonwealth, and there is no reason why the PRSA should continue as defendant. During our conversation with Counsel Brau, he indicated the PRSA might agree to plaintiffs filing a motion for voluntary dismissal without costs and attorney fees. This would put an end to the case against the PRSA, which is perfect, as the Court has not ruled yet on your dispositive motion, nor plaintiff's Motion for Summary Judgment. Kindly indicate if this is acceptable, so that we may file said motion with PRSA consent. This will simplify the case and avoid additional costs to all parties.

Regards,

**Humberto Cobo-Estrella,** *Esq.*
**COBO-ESTRELLA LAW OFFICE**
*Civil Trial Attorneys*
Tel. (787) 529-7140 | Email **hcobo@hcounsel.com**
WEB **HCOUNSEL.COM** | **WWW.COBOLAW.COM**



Confidentiality Note: This message is a PRIVILEGED and CONFIDENTIAL communication. This electronic transmission (e-mail) and any files attached transmitted may contain information which is legally privileged and/or confidential, intended only for the use of the above-mentioned recipient(s) and covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication and the taking of any actions in reliance on its contents is strictly prohibited. If you have received this communication inadvertently by error, please immediately notify the sender by reply e-mail and delete all copies from your systems. The unlawful use of this information will be prosecuted to the fullest extent of the applicable laws.

1

## hcobo@hcounsel.com

| | |
|---|---|
| **From:** | hcobo@hcounsel.com |
| **Sent:** | Tuesday, December 19, 2017 10:56 AM |
| **To:** | 'German Brau'; 'ramon.dapena@mbcdlaw.com' |
| **Subject:** | RE: Civil No. 16-2748 Cruz-Kerkado v. Commonwealth of Puerto Rico |
| **Importance:** | High |

Ok, then we would greatly appreciate to have your response, as soon as possible.

Regard,

Cobo-Estrella, Esq.

**From:** German Brau [mailto:german.brau@bioslawpr.com]
**Sent:** Tuesday, December 19, 2017 10:17 AM
**To:** ramon.dapena@mbcdlaw.com; hcobo@hcounsel.com
**Subject:** RE: Civil No. 16-2748 Cruz-Kerkado v. Commonwealth of Puerto Rico

Dear Mr. Cobo: I wish to clarify our conversation. You requested that the PRSA grant you a temporary permit, and I told you that was out of the question. I suggested that, instead, you request dismissal, which alternative could be discussed with the PRSA. I also informed you that I will be resigning from the case, and that all proposals should be made to Mr. Dapena.


Counsel Dapena,

As you are aware, the original Complaint for the above referenced case sought compensation from the PRSA. With Court's permission, the Complaint was later amended and this relief was voluntarily *withdrawn* by the plaintiffs. Now there is no monetary compensation sought from the PRSA. The only relief sought is a Declaratory Judgment against the Commonwealth, and there is no reason why the PRSA should continue as defendant. During our conversation with Counsel Brau, he indicated the PRSA might agree to plaintiffs filing a motion for voluntary dismissal without costs and attorney fees. This would put an end to the case against the PRSA, which is perfect, as the Court has not ruled yet on your dispositive motion, nor plaintiff's Motion for Summary Judgment. Kindly indicate if this is acceptable, so that we may file said motion with PRSA consent. This will simplify the case and avoid additional costs to all parties.

Regards,

**Humberto Cobo-Estrella,** *Esq.*
**COBO-ESTRELLA LAW OFFICE**
*Civil Trial Attorneys*
Tel. (787) 529-7140 | Email **hcobo@hcounsel.com**
WEB HCOUNSEL.COM | WWW.COBOLAW.COM

1



**Confidentiality Note:** This message is a PRIVILEGED and CONFIDENTIAL communication. This electronic transmission (e-mail) and any files attached transmitted may contain information which is legally privileged and/or confidential, intended only for the use of the above-mentioned recipient(s) and covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication and the taking of any actions in reliance on its contents is strictly prohibited. If you have received this communication inadvertently by error, please immediately notify the sender by reply e-mail and delete all copies from your systems. The unlawful use of this information will be prosecuted to the fullest extent of the applicable laws.

If there is any problem with this communication, please call us immediately at (787) 723-1233.

CONFIDENTIALITY NOTE: This electronic transmission contains information belonging to *Morell Bauza Cartagena & Dapena, LLC* which may be confidential or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of such information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone (787) 723-1233 or return e-mail. Thank you.

**hcobo@hcounsel.com**

| | |
|---|---|
| **From:** | hcobo@hcounsel.com |
| **Sent:** | Monday, January 01, 2018 9:23 AM |
| **To:** | 'ramon.dapena@mbcdlaw.com' |
| **Cc:** | 'german.brau@mbcdlaw.com' |
| **Subject:** | RE: Civil No. 16-2748 Cruz-Kerkado v. Commonwealth of Puerto Rico |
| **Importance:** | High |

Happy New Year!

Counsel Dapena,
We have not received a response from you regarding this matter and our inquiry.

Regards,

**Humberto Cobo-Estrella,** *Esq.*
**COBO-ESTRELLA LAW OFFICE**
*Civil Trial Attorneys*
Tel. (787) 529-7140 | Email **hcobo@hcounsel.com**
**WEB HCOUNSEL.COM | WWW.COBOLAW.COM**



**Confidentiality Note:** This message is a PRIVILEGED and CONFIDENTIAL communication. This electronic transmission (e-mail) and any files attached transmitted may contain information which is legally privileged and/or confidential, intended only for the use of the above-mentioned recipient(s) and covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication and the taking of any actions in reliance on its contents is strictly prohibited. If you have received this communication inadvertently by error, please immediately notify the sender by reply e-mail and delete all copies from your systems. The unlawful use of this information will be prosecuted to the fullest extent of the applicable laws.

**From:** hcobo@hcounsel.com [mailto:hcobo@hcounsel.com]
**Sent:** Tuesday, December 19, 2017 9:16 AM
**To:** 'ramon.dapena@mbcdlaw.com' <ramon.dapena@mbcdlaw.com>
**Cc:** 'german.brau@mbcdlaw.com' <german.brau@mbcdlaw.com>
**Subject:** Civil No. 16-2748 Cruz-Kerkado v. Commonwealth of Puerto Rico
**Importance:** High

Counsel Dapena,

As you are aware, the original Complaint for the above referenced case sought compensation from the PRSA. With Court's permission, the Complaint was later amended and this relief was voluntarily *withdrawn* by the plaintiffs. Now there is no monetary compensation sought from the PRSA. The only relief sought is a Declaratory Judgment against the

1