# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JOSE A. CRUZ-KERKADO, et al.,**<br>        **Plaintiff(s)**<br><br>        **v.**<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br>        **Defendant(s)** | **Civil No. 16-2748 (ADC)** |

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, Chief U.S. District Judge, issued an Order on April 5, 2018.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The complaint is **HEREBY DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 5th day of April, 2018.

FRANCES RIOS DE MORAN
Clerk of the Court

By: S/Sarah V. Ramón
      Sarah V. Ramón, Deputy Clerk