arh

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JOSE A. CRUZ-KERKADO, et al.,**<br>    Plaintiff(s)<br><br>    v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.,**<br>    Defendant(s) | **Civil No. 16-2748 (ADC)** |

## AMENDED JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, Chief U.S. District Judge, issued an Opinion and Order on March 30, 2018.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The complaint is **HEREBY DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 30th day of March, 2018.

                FRANCES RIOS DE MORAN
                Clerk of the Court

                By: <u>S/Sarah V. Ramón</u>
                   Sarah V. Ramón, Deputy Clerk