# SOLICITUD DE PERMISO DE TIRO AL BLANCO

Núm. De Solicitud: _____
Uso Oficial Policía de P.R.

Núm. De Control: _____

**1. INFORMACIÓN DEL SOLICITANTE:**

| Apellido Paterno | Materno | Nombre | Inicial | Apodo y/o Alias |
|---|---|---|---|---|
|  |  |  |  |  |

**2. ESTA SOLICITUD ES:**

| Nueva | Renovación | Fecha Radicación |
|---|---|---|
|  |  |  |

**3. CLUB DE TIRO EN EL CUAL ES SOCIO ACTIVO:**

|  |
|---|
|  |

**4. DESCRIPCIÓN DE LAS ARMAS DE TIRO AL BLANCO (si aplica):**

| CLASE | TIPO | SERIE | MARCA | CALIBRE | MODELO | NÚM. INSCRIPCIÓN |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

En caso de necesitar más espacio, use una hoja de papel anexa.

## CERTIFICADO FEDERATIVO

Certifico que _____ es socio de la Federación de Tiro de Puerto Rico.

_____
Fecha

[ Sello Federativo ]

## CERTIFICADO DEL CLUB DE TIRO AL BLANCO

Yo, _____ Secretario de la _____ situada en _____, Puerto Rico, certifico que _____ es socio de ésta.

_____
Fecha

_____
Firma del Secretario

Nota: Policías Estatales, Municipales y las personas con impedimentos físicos están exentos de pago por ley

3